UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO DC# 772216,
*PLAINTIFF*,

v.

CASE NO.: 3:18 CV 1559 RV/EMT
(To be assigned)

SGT. FNU J. COPPENGER;
C.O. FNU J. BETTS;
C.O. FNU NELSON;
SGT. FNU L. MCCANN;
SGT. FNU C. PAYNE;
C.O. FNU J. BURCH,
*DEFENDANT(S)*.

_____/

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983 AND 42 U.S.C. §1985

Provided to
Okaloosa Correctional Institution
on 7-19-Kw
for mailing, by

*Felix Agosto, DC# 772216*
OKALOOSA CORR. INST.
3189 COLONEL GREG MALLOY ROAD
CRESTVIEW FLORIDA 32539-6708

**Page 1 of 10**

Filed 07/20/18 USDC FLND PM 12:30

## I. **PLAINTIFF**:

Felix Agosto
DC# 772216
State Prison
OKALOOSA CORR.INST.
3189 COLONEL GREG MALLOY ROAD
CRESTVIEW, FLORIDA 32539-6708

## II. **DEFENDANT(S)**:

J. Coppenger
Sergeant
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

J. Burch
Officer
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

Nelson
Officer
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

C. Payne
Sergeant
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

L. McCann
Sergeant
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

J. Betts
Officer
Century Corr. Inst.
400 Tedder Road
Century, Florida 32535

## III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. **PREVIOUS LAWSUITS:**

A. No other actions in State Court dealing with the same or similar facts/issues involved have been initiated.

B. There have been other actions taken in Federal Court dealing with the same or similar facts/issues involved in this action.

    1) Parties to previous action:

        a) Plaintiff(s): Felix Agosto

        b) Defendant(s): Sgt. Schultheiss, et. al.

    2) District and Judicial Division: Southern/Fort Pierce

    3) Name of Judge: Graham     Case #: 13-14371

    4) Approximate filing date: September 10th 2013

    5) If not still pending, date of dismissal: July 19th 2016

    6) Reason for dismissal: With Prejudice/Settlement

    7) Facts and claims of case: Unnecessary Use of Force; Physical Abuse

C. There have been no other actions taken besides those listed in "A" and "B" in either State or Federal Court that relate to the fact or manner of my incarceration.

D. No actions in Federal Court have been dismissed as frivolous, malicious, failing to state a claim, or prior to service.

## V. STATEMENT OF FACTS:

1. Plaintiff, Felix Agosto, (hereinafter: Agosto) is an inmate in the Florida Department of Corrections, currently confined at OKALOOSA Correctional Institution.

2. At all relevant times herein Agosto was confined at Century Correctional Institution under the care, custody and control of Defendants, and all events herein occurred at this place.

3. At all relevant times herein Defendants, Sgt. J. Coppenger; C.O. Nelson; Sgt. L. McCann; C.O. J. Betts; Sgt. C. Payne; and C.O. J. Burch were employed by the Florida Department of Corrections, at Century Correctional Institution, were responsible for the care, custody, and control of all inmates, including Agosto, at Century Correctional Institution, and were acting under color of State law.

4. On August 17th 2017 at approximately 2:20 PM, Agosto was in his assigned housing unit, G-Dorm wing one(1), while the Correctional Officers staff were conducting a mass search.

5. Agosto complied with all orders during the cell search.

6. Agosto was ordered to pick up a mattress after the Staff Officers finished searching the cells, and ordered Agosto to enter his cell, and then the cell doors were closed.

7. While Agosto was inside his cell, C.O. Covan ordered Agosto's roommate to get off the cell door.

8. C.O. Covan started to argue with Agosto's roommate and Sgt. C. Payne showed up at the cell door and opened the cell door and asked C.O. Covan, "Which one you want?"

9. C.O. Covan pointed his finger at Agosto and Sgt. Payne entered Agosto's cell, and ordered Agosto to turn around and place his hands behind his back and submit to hand restraints.

10.   Agosto complied and Sgt. C. Payne placed handcuffs on Agosto and Sgt. Payne and Agosto exited the cell.

11.   Agosto then asked C.O. Covan why he was going to confinement. C.O. Covan said, "For running your mouth.". Agosto then told Sgt. Payne that C.O. Covan was arguing with his roommate and to review the "Fixed Wing Camera" on G-Dorm, wing one (1), cell G1-103 to prove that Agosto followed all orders during the cell search.

12.   C.O. Covan said to Sgt. Payne, "Place him in confinement for disorderly conduct." C.O. Covan wrote Agosto a false charge disciplinary report.

13.   Sgt. Payne then escorted Agosto outside of the dormitory and C.O. J. Petrossi gained custody of Agosto.

14.   Agosto then told C.O. J. Petrossi that he wanted to talk to Colonel Hassett, whom was in front of Dormitory G, talking on the phone.

15.   Thereafter, Lt. Booth came outside of Dormitory G and asked Agosto, "What is the problem?" Agosto then told Lt. Booth that C.O. Covan lied, and that Agosto followed all orders, and Sgt. Payne refused to review the "Fixed Wing Camera."

16.   Lt. Booth said to Agosto, "Just go to confinement. I'm going to talk to C.O. Covan and Sgt. Payne."

17.   Lieutenant Booth then went back inside Dormitory G.

18.   Colonel Hassett then approached Agosto and asked Agosto, "You don't want to go to confinement?" got on his walkie-talkie, and called for back-up.

19.   During this entire incident both of Agosto's hands were handcuffed behind his back and Agosto did not in any way physically resist.

20.   Thereafter, Sgt. Coppenger, C.O. Nelson and Lt. Shawn responded to Colonel Hassett's call for back-up.

21.     Lieutenant Shawn took custody of Agosto from C.O. J.
Petrossi, grabbed Agosto's left arm, and C.O. Nelson
grabbed Agosto's right arm, and they escorted Agosto to
CCI's Medical Department for a Pre-Confinement Physical.

22.     The nurse examined Agosto and finished Agosto's Pre-
Confinement Physical. Sgt. Coppenger and C.O. Nelson then
gained custody of Agosto and escorted Agosto through the
Classification hallway.

23.     Once Agosto was in the Classification hallway, Sgt.
Coppenger said to Agosto, "Run your mouth now.", and
grabbed Agosto by his upper body and slammed Agosto's body
on the floor. Agosto landed on his right side.

24.     During this entire incident both of Agosto's hands
were handcuffed behind his back and Agosto did not, in any
way, physically resist.

25.     Thereafter, C.O. Nelson sprayed Agosto in his eyes
with chemical agents while Agosto was on the floor.

26.     As a result of Sgt. Coppenger's body slamming Agosto
onto the floor, Agosto's hip joint and muscle, and right
femur bone joint and muscle were torn. Agosto previously
had a rod and pin in his right femur bone, from hip to knee
with two (2) screws due to past surgery.

27.     Thereafter Agosto screamed for help, and two (2)
Officers grabbed Agosto's arms while still in cuffs and
dragged Agosto to confinement, H-Dorm, wing two (2), and
placed Agosto in shower four (4).

28.     Neither Sgt. Coppenger, nor C.O. Nelson were justified
in their use of force, and intentionally caused Agosto
severe physical bodily injury.

29.     Sgt. Coppenger charged Agosto with a false
disciplinary report to cover up his and C.O. Nelson's
unjustified physical abuse on Agosto.

30.    While Agosto was in the shower, rinsing off the chemical agents, while on the hand-held video camera, Nurse A.E. Powell examined Agosto and referred Agosto to CCI's on-site doctor and told Agosto to continue to take the medication that Agosto was already prescribed for his lower back and joint pain, Naproxen 250 mg.

31.    On August 19th 2017, Agosto submitted a sick-call request for the ongoing pain in his right hip and right femur bone, and x-rays were ordered, and Nurse S. Szalai, an RNP, told Agosto to continue to take the medication, Naproxen 250 mg. for the pain.

32.    As a result of being physically abused and due to Agosto's injuries, Agosto requested numerous times to be placed in Protective Custody. However, C.O. J. Burch failed to process Agosto's request to be placed in Protective Custody.

33.    While Agosto was in confinement, the Housing Post Confinement Sergeant, Sgt. L. McCann and C.O. Betts came to Agosto's cell door and ordered Agosto to "cuff up", because Agosto was getting a roommate.

34.    Agosto said then to Sgt. McCann and C.O. J. Betts that Agosto was under "Protective Management" status, and Agosto showed Sgt. L. McCann and C.O. Betts the approved grievance with the witness statement for Protective Management, but Sgt. McCann opened the cell door while Agosto was showing them the grievance response.

35.    While Agosto's hands were in the cell door flap, Sgt. McCann pushed the cell door open; causing Agosto pain on his left hand, then C.O. Betts grabbed Agosto's neck with his right hand, choking Agosto.

36.    On October 4th 2017 at approximately 9:00-10:00am, Sgt. Coppenger came to Agosto's cell door located at H-Dorm,

confinement wing two (2), and said to Agosto, "Are you going to let bygones be bygones? I know you probably hate me for what I did to you, but you were running your mouth, and I want to let you out of confinement."

37.    Sgt. J. Coppenger's statement is recorded on the "Fixed Wing Camera's" audio video dated, October 4th 2017.

38.    On October 6th 2017, Sgt. C. Payne charged Agosto with a false disciplinary report, "unauthorized transaction," in retaliation for Agosto's grievances and the Inspector investigation on his fellow worker Officers.

39.    C.O. J. Burch's failure to process Agosto's request for Protective Custody denied Agosto due process of law under the Fifth and Fourteenth Amendment, and allowed Sgt. L. McCann and C.O. J. Betts an opportunity to physically abuse Agosto in confinement.

40.    Agosto has exhausted all administrative remedies through the Florida Department of Corrections grievance procedure (Exhibit "A"), and Notice of Intent to Sue, as required by statute (Exhibit "B").

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the Facts alleged in *Section V*. if claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint:

### FIRST CAUSE OF ACTION

41.    The unjustified use of force by Sgt. J. Coppenger, stated in numbers 23,24,26 and C.O. Nelson's unjustified

use of force stated in numbers 25,27-28, were malicious in intent and violated Agosto's right to be free of cruel and unusual punishment as proscribed by the Eighth Amendment to the United States Constitution.

42.     Sgt. Coppenger and C.O. Nelson knew, or should have known they were violating Agosto's Eighth Amendment rights by their unjustified use of force.

## SECOND CAUSE OF ACTION

43.     The actions of Sgt. C. Payne stated in numbers 11, 15-16, and 38; C.O. J. Burch stated in numbers 32, 39, were a conspiracy to cover up Sgt. Coppenger's and C.O. Nelson's aforementioned Constitutional violations committed upon Agosto.

## THIRD CAUSE OF ACTION

44.     The actions of Sgt. L. McCann and C.O. J. Betts stated in numbers 33-35, were in direct retaliation to Agosto's grievances and complaints against Sgt. Coppenger and C.O. Nelson for the Constitutional violations asserted herein, in violation of Agosto's First and Fourteenth Amendment Rights, proscribed by the United States Constitution.

45.     All Defendants are sued in their individual capacity.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the court. Do not make legal arguments or cite to cases/statutes:

Plaintiff seeks compensatory, nominal and punitive damages against all Defendants for the physical pain, abuse and constitutional violations Plaintiff has suffered.

**VIII. JURY DEMAND:**

A jury trial is demanded.

I declare under penalty of perjury that the foregoing statements of fact, including all continuation pages, are true and correct.

_____                          Felix Agosto, DC# 772216

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was delivered to Prison Officials for mailing in the Prison's internal mail system on: the ____ day of _____, 2018.

Felix Agosto, DC# 772216

**FELIX AGOSTO,**
**CLAIMANT,**

v.

**SGT. J. COPPENGER,**
**C.O. NELSON,**
**SGT. L. MCCANN,**
**C.O. BETTS,**
**SGT. C. PAYNE,**
**C.O. J. BURCH,**
**RESPONDENTS.**

**TO: DEPARTMENT OF INSURANCE**
**DIVISION OF RISK MANAGEMENT**
**200 EAST GAINES STREET**
**TALLAHASSEE, FL. 32399-0200**

### NOTICE OF INTENT TO SUE

Notice is hereby given, as required by §768.28, Fla. Stat., of Claimant's intent to sue the above-named Respondents, under 42 U.S.C. §1983 and 1985, for violating Claimant's Eighth Amendment Rights, through the malicious, unjustified use of force, and conspiring to cover up said constitutional violation, while acting under color of State law, and shows:

Provided to
Okaloosa Correctional Institution
on 7-19-18    KV
for mailing, by

PROVIDED FOR MAILING
AT CALHOUN CI ON

JAN 0 5 2018

STAFF INITIALS
INMATE INITIALS

EXHIBIT B

1

## PARTIES

1. **Claimant**: Felix Agosto #772216

   D.O.B. 09-25-1975

   S.S.N. 582-█-6458

2. **Respondents:**

   A. Sgt. FNU J. Coppenger – Employed by the Florida Department of corrections at Century Correctional Institution[1] as a Correctional Officer Sergeant.

   B. C.O. FNU Nelson – Employed by the Florida Department of Corrections at Century Correctional Institution as a Correctional Officer.

   C. Sgt. FNU L. McCann – Employed by the Florida Department of Corrections at Century Correctional Institution as a Correctional Officer Sergeant.

   D. C.O. FNU J. Betts – Employed by the Florida Department of Corrections at Century Correctional Institution as a Correctional Officer.

   E. Sgt. FNU C. Payne – Employed by the Florida Department of Corrections at Century Correctional Institution as a Correctional Officer Sergeant.

   F. C.O. FNU J. Burch – Employed by the Florida Department of Corrections at Century Correctional Institution as a Correctional Officer.

---

[1] Century Correctional Institution, 400 Tedder Rd. Century, Fla. 32535

2

I HEREBY CERTIFY that this Notice of Intent to Sue has been delivered to Prison Officials for mailing to each, and every, above-listed Respondents at the listed address[2] via U.S. mail on the execution date listed on page q of this document.

/s/ _Felix Agosto_ act722216

Felix Agosto

---

## STATEMENT OF CLAIM

Claimant, Felix Agosto, is an inmate in the Florida Department of Corrections, currently confined at Calhoun C.I. 19562 S.E. Institution Drive, Blountstown, Fla. 32424-5156.

At all relevant times herein Claimant was confined at Century Correctional Institution, 400 Tedder Road, Century Florida ("CCI), under the care, custody and control of the Respondents.

At all relevant times herein Respondents Sgt. J. Coppenger, C.O. Nelson, Sgt. L. McCann, C.O. J. Betts, Sgt. C. Payne, C.O. J. Burch were employed by the Florida Department of Corrections (a State Agency), at CCI, as Correctional Officers responsible for the care, custody, and control of all inmates at CCI, which included Claimant.

At all relevant times herein all Respondents were acting as Agents of the State, and were therefore, acting under color of law.

On August 17, 2017 at approximately 2:20 p.m. Claimant was in his assigned housing unit, G-Dorm Wing One (1), while the Correctional Officers "staff" were conducting a mass search. Claimant complied with all orders during the cell search. Claimant was ordered to pick up a mattress after the "staff" officers finish searching the cells, and ordered Claimant to enter his cell, then the cell doors were closed.

While Claimant was inside his cell C.O. Covan ordered Claimant "roommate" to get off the cell door.

C.O. Covan started to argue with Claimants "cellmate" and Sgt. C. Payne showed up at the cell door and "opened" the cell

4

door and asked C.O. Covan which one you want? C.O. Covan pointed his finger at Claimant and Sgt. Payne entered Claimants cell, and ordered Claimant to turn around and place his hands behind his back and submit to hand restraints. Claimant complied and Sgt. Payne placed handcuffs on Claimant and Sgt. Payne and Claimant exited the cell. Claimant then asked C.O. Covan why he was going to confinement, C.O. Covan said "for running your mouth," Claimant then told Sgt. Payne that C.O. Covan was arguing with his roommate and to review the fixed wing camera on G-Dorm wing one (1) cell G1-103 to prove that Claimant followed all orders during the cell search, C.O. Covan said to Sgt. Payne, "place him in confinement for disorderly conduct." C.O. Covan wrote Claimant a false "charge" disciplinary report. Sgt. Payne then escorted Claimant outside of the dormitory and C.O. J. Petrossi relinquished custody of Claimant. Claimant then told C.O. J. Petrossi that he wanted to talk to Mr. Hassett, the Colonel, which was in front of the dormitory G-dorm talking on the phone.

Thereafter, Lt. Booth came outside of the dormitory G-dorm and told Claimant "what is the problem" Claimant then told Lt. Booth that C.O. Covan lied, and that Claimant followed all orders, and Sgt. Payne refused to review the fixed wing cameral, Lt. Booth said to Claimant "just go to confinement, I'm going to talk to C.O. Covan and Sgt. Payne." Lt. Booth then went back inside of the dormitory G-dorm. Colonel Hassett then approached Claimant and said to Claimant "you don't want to go to confinement" and then got on his walkie-talkie and called for "back up". During this entire incident both of Claimants hands were handcuffed behind his back and Claimant did not in any way physically resist.

5

Thereafter, Sgt. Coppenger, C.O. Nelson and Lt. Shawn responded to Colonel Hassett calling for "back up." Lt. Shawn relinquished custody of Claimant from C.O. J. Petrossi, grabbing Claimants left hand, and C.O. Nelson grabbing Claimants right hand, and they escorted Claimant to CCI's medical department for a pre-confinement physical. Once the nurse examined Claimant, and finished Claimants pre-confinement physical, Sgt. Coppenger and C.O. Nelson relinquished custody of Claimant and escorted Claimant through the classification hallway to confinement. Once Claimant was in the classification hallway, Sgt. Coppenger said to Claimant, "run your mouth now" and grabbed Claimant by his upper body and slammed Claimants body on the floor, Claimant landed on his right side. During this entire incident both of Claimants hands were handcuffed behind his back and claimant did not, in any way, physically resist.

Thereafter, C.O. Nelson sprayed Claimant with the chemical agents into Claimants "eyes" while Claimant was on the floor.

Sgt. Coppenger body slammed Claimant onto the floor tore Claimants "hip joint and muscle," and the "femur bone joint and muscle," Claimant has a "rod pin" on his "femur bone" with two (2) screws, Claimant had surgery. Thereafter Claimants "screamed" for help, and two (2) officers grabbed Claimants arms and dragged Claimant to confinement H-dorm wing two (2) and placed Claimant in shower four (4).

Neither Sgt. Coppenger, nor C.O. Nelson justified in their use of force on Claimant.

Sgt. Coppenger "charged" Claimant with a false "disciplinary report" to cover up his and C.O. Nelson unjustified physical abuse on Claimant.

6

After Claimant finished rinsing off the chemical agents, while on video camera, nurse A.E. Powell examined Claimant and referred Claimant to the doctor at CCI's and told Claimant to continue to take the medication that Claimant was already prescribed for the pain on his "lower back" "Naproxen 250 mg." for the pain in the "joints".

On August 19, 2017 Claimant submitted a sick-call request for the ongoing "pain" on his "hip and femur muscle" and x-rays were ordered, and Nurse S. Szalai, a RNP, told Claimant to continue to take the medication "Naproxen 250 mg." for the pain. As a result of being physically abused and Claimant injuries Claimant requested numerous times to be placed in protective custody, however, C.O. J. Burch failed to process Claimants request for protective custody.

Sgt. Coppenger and C.O. Nelson's malicious, unjustified use of force violated Claimants right to be free of cruel and unusual punishment under the Eighth Amendment to the United States Constitution.

While Claimant was in "confinement" the housing post Sergeant at confinement, Sgt. L. McCann and C.O. Betts, came to Claimants cell door and ordered Claimant to cuff up because Claimant was getting a "roommate." Claimant said then to Sgt. McCann and C.O. J. Betts that Claimant was under "protective management" status, and Claimant showed Sgt. McCann and C.O. Betts the approved grievance with the witness statement for (PM), but Sgt. McCann opened the cell door while Claimant was showing them the grievance response, and Claimants hands was in the cell door "flap" and Sgt. McCann pushed the cell door causing Claimants "pain" on his hand, then C.O. Betts grabbed Claimants neck with his right hand choking Claimant.

7

Sgt. C. Payne, C.O. J. Burch, Sgt. McCann, and C.O. Betts actions as described of the above-stated acts of all Respondents Claimant filed grievances, some of which were referred to the Century Correctional Institution Inspector for investigation, and Claimant administrative remedies are exhausted.

In retaliation for Claimant grievances, and the inspectors investigation Claimant was physically abuse by Sgt. L. McCann and C.O. J. Betts, in violation of Claimants First, Eighth, and Fourteenth Amendment Rights.

Neither Sgt. McCann, nor C.O. Betts, were justified in their physical abuse on Claimant.

Sgt. L. McCann and C.O. J. Betts malicious, physical abuse violated Claimants right to be free of cruel and unusual punishment under the Eighth Amendment to the United States Constitution.

On October 4, 2017 at approximately 9:00-10:30 A.M. Sgt. Coppenger came to Claimants cell door at H-dorm confinement wing two (2), and said to Claimant "are you going to let bygones be bygones, I know you probably hate me for what I did to you, but you were running your mouth, and I want to let you out of confinement." Sgt. Coppenger's statement is recorded on the "fixed wing cameral audio video," on October 4, 2017.

Sgt. C. Payne charged Claimant with a false "charge" "unauthorized transaction," while Claimant was in confinement in retaliation for Claimants grievances and the Inspectors investigation of their fellow officers in violation of Claimants due process rights under the Fifth and Fourteenth Amendments to the United States Constitution.

8

C.O. J. Burch's failure to process Claimant request for protective custody denied Claimant due process of law under the Fifth and Fourteenth Amendments, and allowed Sgt. McCann and C.O. Betts an opportunity to physically abuse Claimant in confinement.

All Respondent's herein were employed by the State of Florida and were acting under the color of law.

All Respondent's herein conspired together to subject Claimant to the aforesaid U.S. Constitutional violations occurring subsequent to Sgt. Coppenger and C.O. Nelson's use of force.

Therefore, Claimant seeks compensatory nominal, and punitive damages against all Respondents and intends to file suit in Federal Court under 42 U.S.C. §1983 and 42 U.S.C. §1985.

I declare under the penalty of perjury that the foregoing facts are true.

Executed on this o⊻ day of January, 2018 by the undersigned.

/s/ Felix Agosto   DC #722216

9

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1708-106-057 | CENTURY C.I. | H1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been reviewed with the following findings:

Your allegations will be forwarded to the Inspector General's Office for further investigation.

Based on the above information, your grievance is Approved .

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9.5.17
DATE

MAILED
4.7.17

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 21 2017

☐ **Third Party Grievance Alleging Sexual Abuse**

SGT. WARDEN PROGRAMS
CENTURY CI

TO: ☐ Warden   ☒ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Agosto, Felix | 772216 | Century C.I. (106) |
|---|---|---|
| Last  First  Middle Initial | DC Number | Institution |

1708-106-057

---

### Part A – Inmate Grievance

Grievance, Request For Protective Management, Rule 33.103.
00M. F.A.C. and Rule 602. 220. F.A.C.

on August 17, 2017, I inmate Agosto, Felix DC# 772216
was physical Abuse by Sgt. Coopernate, while been escorted
to Administrative Confinement, thru the Medical building
after I was access by the medical staff, Pre-Confinement
I was escorte thru the classification hallway, and
Sgt. Coopernate and other officers physically abuse me
Sgt. Coopernate Body slam me to the Floor while I
was in hand cuff behind my Back, then while on the
Floor I was spray with the Quimical agent gas on
the eyes, I was drag by two officers to H-Dorm
Wing one (1) and place in shower Four (4) to shower, the
hand held camera was operering and Capt. Simmons was
present, Also the Fixed wing camera at H-Dorm wing one
(1) approximatly 3:45 — 4:00 P.m. on 8-17-17 will
Confirm my Allegations, I was physically Abuse by Sgt.
Coopernate and use of Quimical agent gas For no Reason
I'm in fear For my life and I Request (P.M.) protective
management Per, Rule 602.220 F.A.C., I was access
by medical staff after I shower, and do to my injury
on my Right leg, hip, with the screw and on the Rod Pin
I was Refer to see the doctor, I submitted the witness
stament on 8-18-17, Requesting (P.M.) Protective Management but
I'm house with a Regular inmate, and I fear For my life.

| August 20, 2017 | Felix Agosto DC# 772216 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø , N/A

# , Signature

2a

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (d).

### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____

(Date)                                                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

Sec

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 02 2017

Dept. of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

AGOSTO, FELIX                    772216          CENTURY C.I. (106)
Last   First   Middle Initial        DC Number        Institution

---

**Part A – Inmate Grievance**                          17-6-39779

GRIEVANCE APPEAL INSTITUTION RESPONSE LOG# 1709-106-008, attached. The Responded Institution Warden Violated Title 33-208.002 F.A.C., and conspire with the Responded in the Informal Grievance Log# 106.1708-0124 attached. The Institution Warden stated on the Response of my Disciplinary Report Grievance Appeal Log# 1708-106-070, that the incident occurred on 8-16-17, on the classification hallway and denied my appeal, negligently Failed to Review the D.R. wich was written on 8-17-17, and coverup the correctional officer behavior and False D.R. The Warden Response stated that the Fixed wing Camera(s) in G-Dorm wing one (1) cell G1103 was Reviewed and the video evidence supports c/o Covan B. badge# CBR07 statement of Facts on the D.R. Log# 1708-106-070. Review of the Fixed wings Camera(s) on G-Dorm wing one (1) cell G1103, on August 17, 2017, while conducting the mass search, will prove that I inmate Agosto, Felix DC# 772216 complie with every order by the staff and after my cell G1103 was search I was order to pickup a mattress and enter my cell G1103 with my cell mate and after we enter the cell the correctional officer close the cell door, and then c/o Covan was given order to my cell mate thru the cell door to get of the door, then SGT. Payne Charles B. badge# PCB03 showup on the cell door and ask c/o Covan which one you want c/o Covan Point at me and SGT. Payne open the cell door and enter the cell G1103 an order me to submit to hand restrain I complie. SGT. Payne escorted me outside of the Dorm where two other officers took custodial hold of me and escorted me to medical for a Pre-confinement Physical. Review the Fixed wing Camera G-Dorm wing one (1) cell G1103 on 8-17-17 approx. 2:00-2:55 P.m., and it will prove the Institution Warden and staff conspiracy. Doc Policy Procedure 602.033 Fixed wings Camera(s).

September 21, 2017                         Felix Agosto DC# 772216
DATE                                        SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

∅ 1              N/A
#                Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office              1709-106-008

SEP 21 2017

Submitted by the inmate on: _____          Institutional Mailing Log #: 350-2017          (Received By)
                              (Date)

WARDEN'S OFFICE

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

SE (106)
(9-17) 08/17/2017

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 17-6-44739 | R.M.C.- WEST UNIT | D2412 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

You have not provided sufficient evidence to substantiate that the disciplinary report is false. The statement of facts contains the elements listed in Chapter 33-601.304 (2) with the exception of the place of infraction and unusual inmate behavior. There was no unusual behavior to document as you were not physically involved in the infraction. The infraction was written based on information contained in documents reviewed by the reporting officer and therefore the infraction did not occur in a specific physical location.

You have not presented sufficient evidence or information to warrant overturning the disciplinary report.

Your administrative appeal is denied.

C. Neel

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*C. Neel*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

11/07/2017
DATE

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

1016·1709·0192

Mail Number: H2215
Team Number: 5
Institution: Century C.I. (106)

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Felix Agosto | DC Number 772216 | Quarters H2215 L | Job Assignment N/A | Date 09/21/17 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☒

On September 19, 2017, I was physically abuse by the housing post sergeant on H-Dorm Disciplinary Confinement wing two (2) cell H2215 and C/o J. Betts Sgt. McNann and C/o J. Betts came to my cell door H2215, and Sgt. McNann order me to cuff up because I was geting a cell mate I ask Sgt. McNann if he was (PM) protective management statu because I'm and I got my Informal Grievance approved with the witness statement my request for PM Informal Grievance log# 106-1709-0030, and I try to show the papers to Sgt. McNann and C/o J. Betts and Sgt. McNann open the cell door H2215 without placing me in handcuff and Jab the cell door against the wall to close the door while my left hand was on the flat on the door causing me pain and C/o J. Betts grab my neck with his ~~left~~ Right hand and he was trying to choke me, Sgt. McNann said to, Continuation attached

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Felix Agosto                    DC#: 772216

RECEIVED
Century Correctional Institution

SEP 22 2017

WARDEN'S OFFICE

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:

Your allegations have already been reported to the Inspector General from normal grievance 1709-1016-089.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): CBryan | Date: 9-25-17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

GRIEVANCE CONTINUATION SHEET

NAME: Felix Agosto _____ DC# 772216 _____ DATE: 09-21-17

☒INFORMAL   ☐FORMAL   ☐CENTRAL OFFICE APPEAL

Me Inmate Agosto, Felix DC# 772216, you are not on
(PM) Protective management status while ~~each~~ pushing
the cell door with my left hand ~~g~~ against the wall
and the door Flat causing me Pain, c/o J. Betts Release
my neck and Sgt. Mcnann Realese the cell door and
close the door and look thru the cell door window and
Said to me "I'm going to Kill you" and c/o J. Betts Said
to Sgt. Mcnann you know you are in Audio video and
they walkoff, both of this Correctional officers was ~~there~~ witnesses
when I was Physically abuse by Sgt. Copperger and c/o nelson
on August 17, 2017, and they Retaliated Physically again
My allegation on Sgt. Mcnann and c/o J. Betts are
Recorded in the Fixed wing cameras Audio video in
H Dorm wing two (2) cell H2215, approx, 4:35-4:44 P.m.
on September 19, 2017, Review of this cameras and
Audio video will Prove my statement and Allegation (I oo)
Department of correction Policy Procedure 602.033 Fixed
wing(s) camera(s).

Felix Agosto DC# 772216
Signature of Grievant

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _H2215_
Team Number: _5_
Institution: _Century C.I. (C_

1Dle·1709·0192

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Felix Agosto | 772216 | H2215 L | N/A | 09/21/17 |

**REQUEST**

Check here if this is an informal grievance ☒

On September 19, 2017, I was physically abuse by the housing Post sergeant on H-Dorm Disciplinary Confinement wing two (2) cell H2215 and c/o J. Betts SGT. Mcnann and c/o J. Betts came to my cell door H2215, and SGT. Mcnann order me to cuff up because I was getting a cell mate I ask SGT. Mcnann if he was (PM) Protective Management statu because I'm and I got my Informal Grievance approved with the witness statement my request For PM Informal Grievance Log# 106-1709-0039 and I try to show the papers to SGT. Mcnann and c/o J. Betts and SGT. Mcnann open the cell door H2215 without placing me in handcuff and Jab the cell door against the wall to close the door while my left hand was on the Flat on the door causing me pain and c/o J. Betts grab my neck with his Right hand and. he was trying to choke me, SGT. Mcnann said to, Continuation attached

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Felix Agosto_    DC#: _772216_

RECEIVED
Century Correctional Institution

SEP 22 2017

WARDEN'S OFFICE

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**    DATE RECEIVED:

Your allegations have already been reported to the Inspector General from Normal Grievance 1709-1016-089.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): _Bryan_ | Date: _9·25·17_ |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

GRIEVANCE CONTINUATION SHEET

NAME: Felix Agosto   DC# 772216   DATE: 09-21-17

☒ INFORMAL   ☐ FORMAL   ☐ CENTRAL OFFICE APPEAL

Me Inmate Agosto, Felix DC# 772216, you are not on
(PM) Protective management status while ~~and~~ pushing
the cell door with my left hand ~~g~~ against the wall
and the door Flat causing me Pain, c/o J. Betts Release
my neck and Sgt. Mcnann Realese the cell door and
close the door and look thru the cell door window and
said to me "I'm going to kill you" and c/o J. Betts Said
to Sgt. Mcnann you know you are in Audio video and
they walkoff, both of this Correctional officers was ~~witnesses~~
when I was Physically abuse by Sgt. Coppenger and c/o nelson
on August 17, 2017, and they retaliated physically again
my allegation on Sgt. Mcnann and c/o J. Betts are
Recorded in the Fixed wing cameras Audio video in
H Dorm wing two (2) cell H2215, approx, 4:35-4:44 P.m.
on September 19, 2017, Review of this cameras and
Audio video will prove my statement and Allegation (DOC)
Department of Correction Policy Procedure 602.033 Fixed
wing(S) cameras(S).

Page __2__ OF __2__

Felix Agosto DC# 772216
Signature of Grievant

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1709-106-096 | CENTURY C.I. | H2215L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been reviewed with the following findings:

An allegation of staff abuse does not follow with protection status. Your allegations are forwarded
To an investigator, and are not handled at the institution level by ICT.

Note - your allegations of staff abuse by Officer Betts and Sgt. McCann have already been sent to the Inspector
General's office.

Based on the above information, your grievance is denied.
In the event that you feel the grievance has not been satisfactorily resolved you may submit an appeal according to the
time limits set forth in 33-103.011 using the Request for Administrative Remedy or Appeal, Form DC1-303, to the
Florida Department of Corrections 501 South Calhoun Street Tallahassee, FL 32399-2500

10·2·17

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN OR SECRETARY'S
REPRESENTATIVE

DATE

**MAILED**
10·2·17

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _H1219_

Team Number: _S_

Institution: _Century C.I. (106)_

_Colonel Hassett    1010.1710-0100_

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _Colonel Hassett_ |
|---|---|---|---|---|

| FROM: | Inmate Name _Felix Agosto_ | DC Number _772216_ | Quarters _H1219L_ | Job Assignment _N/A_ | Date _10/12/17_ |
|---|---|---|---|---|---|

**REQUEST**    Check here if this is an informal grievance ☒

on october 12, 2017, Sgt. L. Mccann the housing Post Sergeant at Disciplinary
Confinement H-Dorm. came to my cell door H1219 with c/o Tissier and order me
to submit to hand Restrain handcuffs to Pull the mattress out of my cell because
I'm alone in the cell. I complied and submitted to hand Restrain. Sgt. L. Mccann
then enter the cell while I was inside the cell H1219. and verbally threat me
because I Reported his Physical abuse against me with c/o J. Betts on
September 19, 2017, after Sgt L. mccann pull the mattress out of my cell and
close the cell door he stated I got something For you and I'm goin to beat
the "shit" out of you. Review of the Fixed wing cameras at H Dorm wing
one (1) cell H1219. Confinement on october 12, 2017 approx, 7:38-7:45 A.M.
will Prove my allegations and statement. I have been Physical abuse by
Sgt. L. Mccann before and the Retaliation continue. _Felix Agosto_ #772216

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE** — **RECEIVED**

**RESPONSE**    **DATE RECEIVED:** OCT 12 2017

ASST. WARDEN PROGRAMS
CENTURY CI

your allegation have already
been corrected to the IG office
Approved to this extent
corrected all other I forward grievance
to the Inspector —

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Approved_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: _10/14/17_ |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

☐ **Third Party Grievance Alleging Sexual Abuse**

**RECEIVED**

AUG 24 2017

ASST. WARDEN PROGRAMS
CENTURY CI

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

A G O S T O , F E L I X ___ 772216 Century C.I. (106)
Last . First Middle Initial DC Number Institution

1708-106-070

Part A – Inmate Grievance

8·17·17, 9-17

Grievance APPEAL, D.R., Log # 106-171468 by an incompetant
Security guard C/o B. Covan badge #CBR07, which is infested
with both Procedural and technical errors and warrant
dismissal of this defective D.R.

FIRST FACTUAL ERROR: DR statement of Facts Violated
Title 33-601.303.(2) F.A.C., where security guard C/o Covan
Fail to obtain approval From his Supervisor O.I.C. in charge
regarding Preparation of D.R.

SECOND FACTUAL ERROR: DR statement of Facts Violated
Title 33- 601.304(2), F.A.c., where an incompetant security
guard C/o Covan Negligently Failed to note my assigned housing
Dorm as required by Rule.

THIRD FACTUAL Procedural: The DR Investigator Violated
Title 33-601.305 (2)(9)(4)(5), F.A.C., the investigator officer
L. Parker badge # PtL41, Falsify Reports and documents in the
D.R., Log # 106-171468, I request review of the Fixed wing Video
Camera in G-Dorm wing one (1) on 8-17-17, apprx, 2:00-3:00 P.M.
to Prove that I inmate Agosto, compli with every order by the Staff
the investigator Falsify Report in The Disposition of the video Form
DC6-2028, and D.R. document, Violation of Title 33-208.002, F.A.C.

RELIEF SOUGHT: Dismiss this defective DR., with Prejudice to
Prevent any rewrite of this D.R. Fully restore any unreasonably
Suspended Privileges that don't comply with Title 33-601.308(4)
and remove DR From FDOC Files Log(S) record(S) and electronic database
in (OBIS) offender Based Information system Center

8-24-2017                                    Fel, Agosto DC#772216
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø / N/A
#      Signature

5a

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #:_____ _____
(Date)                                                                                   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

LS

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 24 2017

ASST. WARDEN PROGRAMS
CENTURY CI

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

AGOSTO, FELIX _____ 772216 _____ Century C.I. (106)
Last   First   Middle Initial   DC Number   Institution

1708-106-090

Part A – Inmate Grievance

8·17·17, 9-17

Grievance APPEAL, D.R., Log# 106-171468 by an incompetant
Security guard c/o B. Covan badge #CBR07, which is infested
with both Procedural and technical errors and warrant
dismissal of this defective D.R.

FIRST FACTUAL ERROR: DR statement of Facts violated
Title 33-601.303.(2) F.A.C., where security guard c/o Covan
Fail to obtain approval From his supervisor O.I.C. in charge
regarding Preparation of D.R.

SECOND FACTUAL ERROR: DR statement of Facts violated
Title 33-601.304(2), F.A.C., where an incompetant security
guard c/o Covan Negligently Failed to note my assigned housing
Dorm as required by Rule.

THIRD FACTUAL Procedural: The DR Investigator violated
Title 33-601.305 (2)(9)(4)(5), F.A.C., the investigator officer
L. Parker badge # PTL41, Falsify Reports and documents in the
D.R., Log# 106-171468, I request review of the Fixed wing video
Camera in G-Dorm wing one (1), on 8-17-17, apprx. 2:00-3:00 P.M.
to Prove that I inmate Agosto, compli with every order by the staff
the investigator Falsify Report in the Disposition of the video Form
DC6-2028, and D.R. document, violation of Title 33-208.002, F.A.C.

RELIEF SOUGHT: Dismiss this defective DR., with Prejudice to
Prevent any rewrite of this D.R. Fully restore any unreasonably
Suspended Privileges that don't comply with Title 33-601.308(4)
and remove DR from FDOC Files (Log(s) record(s) and electronic database
in (OBIS) Offender Based Information System Center

8-24-2017 _____      Fel, _____ DC#772216
DATE                        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

∅ , N/A
#   Signature

5a

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                          (Date)                                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

LS

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 17-6-37549 | CENTURY C.I. | H2215L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note: This grievance is not accepted as a grievance of an emergency nature.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

Your request for administrative appeal is being returned without action.

J. Adams

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
SEP 19 2017
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

AGOSTO, FELIX _____    772216 _____    CENTURY C.I (106)
Last  First   Middle Initial                DC Number              Institution

| " ~~GRIEVANCE~~ " | Part A – Inmate Grievance | 17-6-37549 |

Grievance APPEAL Institution Response Log# 1709-106-001, attached; THE
Responded in charge negligently Failed to SEE MY Complain and Issus, concern
My SaFety on the "Emergency Grievance" violated Title 33-103.002(5)(b)● F.A.C
on August 17, 2017 I was Physically abuse and unnecessary use of Force by sgt.
Coppenger badge# CJE38, and c/o Nelson, While I was been escorted to (AC) Adm-
inistrative Confinement, this Correctional Officers abuse me in the classification
hallway when I was been escorted to AC, THEY Place me in H-Dorm wing one(1)
after they use unnecessary use of Force and the chemical agent gas. I Request
Protective Management two time and submitted two witness statement on my
allegation but My Request For (PM) Protective management was never Process
Plaicing my life in danger because I was abuse by they Fellow coworkers
Correctional Officers see Response and Grievance attached Log# 1709-106-001.
I Fear For my life and Request Protective Management housing unit title
602.220 F.A.C. THE Responded in charge ~~clearly~~ on this Institution
Century C.I. clearly see the "Emergency" and Failed to address the
Problem with his/her staff and Employee. My allegation are Recorded
in the hand held video camera use of Force Title Doc Policy Procedure 602.210
F.A.C. and the Fixed wing Audio video cameras in H-Dorm wing one (1)
on ~~August~~ August 17, 2017 Title 602.033 F.A.C (Dod Policy Procedure Fixed
Wing Cameras, I was charge with two False disciplinary Report to ●
Cover this Correctional Officers action. this incidents occurred during
the mass search on August 17, 2017, on G-Dormitory wing one (1).
I Fear For my life, and need PM staw Please I have a couple of years
left on my sentence and I want to go home to my loves one. SaFe.
Thank You Kindly Respectfully Submitted.

September 11, 2017 _____          Feli Agosto  DC# 772216
DATE                                         SIGNATURE OF GRIEVANT AND D.C. #

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

∅ 1    N/A
#       Signature
la      106

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                              (Date)                                                              (Received By)

9/12/17

DISTRIBUTION:        INSTITUTION/FACILITY              CENTRAL OFFICE
                     INMATE (2 Copies)                 INMATE
                     INMATE'S FILE                     INMATE'S FILE - INSTITUTION./FACILITY
                     INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                                       CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1709-106-001 | CENTURY C.I. | H1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been reviewed with the following findings:

PER CHAPTER 33-103.006(3) (a) 4, THIS FORMAL GRIEVANCE IS NOT AN EMERGENCY; therefore, this formal grievance is being returned without action.

In order to receive further administrative remedy of your complaint or appeal, you must correct the defects and resubmit your grievance in accordance with and within the time frames called for in Chapter 33-103.

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9·5·17
DATE

**MAILED**
9·7·17

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

AGOSTO, FELIX      772216    CENTURY C-I-(006)
Last  First  Middle Initial    DC Number     Institution

1709-106-001

| Part A – Inmate Grievance |
| --- |

"EMERGENCY GRIEVANCE" Title 33-103. ███ F.A.C., on August 17, 2017 I Request to the Housing Post Sergeant at H-Dorm Confinement Protective Management (P.M.) Title 602.220 F.A.C., I Turning the witness statement on August 18, 2017 to c/o Smith For (P.M.) Protective Management because I Fear For my life, my Request was never Process, I submitted another witness statement to LT. Lamber on August 24, 2017 while he was making his round at H-Dorm wing one (1) Confinement, Requesting Protective Management (P.M.) Because I Fear For my life and my witness statement was never Process in accordance Title 602.220, F.A.C., on September 2, 2017 the housing Post Sergeant at H-Dorm wing one (1) DC Sgt. C. Polk try to house a inmate in my cell because I was not under the P.M. statu, I then Requested again For P.M. but my Request was ignore. on August 17, 2017, I was been escorted to Administrative Confinement by two Correctional officer after I was access by medical staff Pre-Confinement, the two officer took me thru the classification hall way to go to A.C. when Sgt. Coplanger badge # CJE38, slammed me on the floor an officer Nelson spray me with the Chimecal agent gas on the eyes while on the floor my Right hip was injury do to the Rod Pin with two (2) screw on my Femur Bone, I was drag by two officers to H-Dorm wing one (1) and place in shower Four (4), the hand held camera video, use of Force camera Title 602.210, F.A.C. operated by c/o J. PeTrossi, and the Fixed wing camera (s) on H-Dorm wing one (1) on August 17, 2017 approximately 2:40 - 3:30 P.M. Recorded everything and the Correctional officers which they change when they drag me to H-Dorm wing one (1), and place me in shower (4) Four, Review of this video(s) and cameras Fixed wing (Doc) Policy Procedure 602-033 Fixed wing cameras will Prove my allegations, I Fear For my life and Request P.M. Title 602.220, F.A.C.

~~Bo~~ September, 4, 2017        Felix Agosto DC# 772216
DATE            SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

01   N/A
\#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)                                   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

H1219

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1708-106-070 | CENTURY C.I. | H2215L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Revised response - 17-6-37556/1708-106-070
YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

DR log 106-171468 will be overturned due to technical errors made in the processing of the same. Any necessary adjustments will be made to your file.

Based on the forgoing, your request for Administrative Remedy or Appeal is approved.

10-9-17
DATE

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

**MAILED**

10·9·17

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1708-106-070 | CENTURY C.I. | H1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

 The DC6-112F, Disciplinary report worksheet was signed and approved by the shift OIC on 8/16/2017. Per Chapter 33-601.304(2)(a) ) A description of the violation, including date, time and place will be included in the disciplinary report. In the statement of facts written, the reporting officer stated the incident occurred on the way to confinement in the classification hallway. You have not presented any evidence to substantiate your claim that the investigating officer furnished false information in his/her statement of findings. Rule 33-601.305(4) which states in part; if the investigator determines that the tape does not provide evidence to support the inmate's statement, the inmate will be provided with the following written statement in the basis of findings section of the disciplinary report: "Based upon review of the identified tape or the capabilities of the particular taping equipment, the tape requested does not provide evidence to support the inmate's statement."  Other than denying your guilt, you have not provided any new information or mitigating factors not otherwise available to or known by the disciplinary team at the time of their review and action in connection with the rule infraction in question.

Based on the forgoing, your request for Administrative Remedy or Appeal is DENIED.

In the event that you feel the grievance has not been satisfactorily resolved you may submit an appeal according to the time limits set forth in 33-103.011 using the Request for Administrative Remedy or Appeal, Form DC1-303, to the Florida Department of Corrections 501 South Calhoun St. Tallahassee , FL 32399.

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9·5·17
DATE

MAILED
9·7·17



## PART B - RESPONSE

| AGOSTO, FELIX | 772216 | 1708-106-070 | CENTURY C.I. | H2215L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Revised response - 17-6-37556/1708-106-070
YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

DR log 106-171468 will be overturned due to technical errors made in the processing of the same. Any necessary adjustments will be made to your file.

Based on the forgoing, your request for Administrative Remedy or Appeal is approved.

_____

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10-9-17
DATE

MAILED ·
10·9·17

MAILED/FILED

SEP 2 7 2017

Department o. Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 17-6-36372 | CENTURY C.I. | H1103L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

C. Neel

*C. Neel*

04/21/2017

DATE

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

SEP 1 3 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| AGOSTO, Felix | 772216 | Century C·I· (106) |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance   17-6-36372

Grievance Request For ADMINISTRATIVE REMEDY, Pursuant Title 33-103.007.(e)(a) 3., F.A.C. on a Seal envelope To Tallahassee I Felix Agosto DC# M772216, Request Review of my Record, and Request Protective management (P.M.) Title 602.220, F.A.C. I have been Physical abuse, and Mentaly by the Department of Correction employees/staff/Correctional Officers and by GanG Members and I Fear For My life. I Request housing Unit For Protective Management, I'm Currently in Disciplinary Confinement on False DR. and allegations by the Correctional Officers in this Institution, and I was Physical abuse and gas with the chemical agent and beat For no reason while the staff at this Institution Century C.I. was Conducting a mass seaRch on August 17, 2017, I was Tranfer From Jacksun C.I. (104), on July 25, 2017 to this Institution Century C.I.(106), and I was physical abuse by SgT. Coppenger badge #CJE38, and C/o Nelson While I was been escorted thru the classiFication building For Administrative Confinement, and I was Injury D.R.Log# 106-171507 and D.R.Log#106-171468, Review of this False D.R will Prove that I have been abuse, and Review of my Records will prove that I also have a settlement with Prejudice of defendants officer Kelly Schultheiss and officer Lavada White, Case, Felix Agosto v. SGT. Schultheiss, et al, case# 13-14371-CIV-GRAHAM/WHITE, on July 19, 2016 I Settle out with this C/o But the abuse Continue, ~~and~~ I Fear For My life an Need Protective management housing Unit. (ASAP) as soong Posible Please. <u>RELIEF SOUGHT:</u> I need Protective management Unit Title 602.220, F.A.C

| August 29, 2017 | *Felix Agosto* DC# 772216 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

| Ø / | N/A |
|---|---|
| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 09/13/2017   Institutional Mailing Log #: _____

(Date)

| | | | C. _____ |
|---|---|---|---|
| | | | (Received By) |

| **DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** | |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | 10h (106) |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY | |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | Chemical Agents |
| | | CENTRAL OFFICE GRIEVANCE FILE | (N/A) |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

10/6-1709-0030

Mail Number: H1103 L
Team Number: ___
Institution: Century CI (106)

TO: (Check One)
☐ Warden ☐ Classification ☐ Medical ☐ Dental
☒ Asst. Warden ☐ Security ☐ Mental Health ☐ Other ___

FROM:
Inmate Name: FELIX AGOSTO
DC Number: 772216
Quarters: H1103
Job Assignment: N/A
Date: 09/05/17

**REQUEST** — Check here if this is an informal grievance ☒

On August 17, 2017, I Requested to the Housing Post sergeant at H-Dorm Confinement Protective Management (P.m) Rule 602.220 F.A.C. I submitted the witness statement For PM on August 18, 2017 to the housing Post officer on H-Dorm w.ng one (1) Confinement c/o smith. Because I Fear For my life my Request was never Process. I submitted a second (2) witness statement For P.M., to LT. Lamber on August 24, 2017 while he was making his round at H-Dorm wing one (1) Confinement, and my statement was never Process in accordance Rule 602.220 F.A.C., I was Physically abuse by sgt. coppenger badge # CJE38, and c/o nelson on August 17, 2017, and I Fear For my life attached to this Informal Grievance is MY THIRD Request witness statement For (P.M.), Protective Management Rule 602.220 F.A.C. Because I Fear For my life, and I need to see the Institution Inspector General as soon as Posible Please. I Was Physically abuse.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Felix Agosto          DC#: 772216

──────────── **DO NOT WRITE BELOW THIS LINE** ──────────── RECEIVED

**RESPONSE**          DATE RECEIVED: SEP 05 2017

ASST. WARDEN PROGRAMS CENTURY CI

You Are in DCO of Status. a CO investigation will be conducted in accordance with procedure. Your allegations have been forwarded to the Use of Force Unit. per Review - Approved to his extent

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Approved___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Burch          Official (Signature): ___          Date: 9/6/17

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**Witness Statement**

State of Florida      Log #_____      **Department of Corrections**

| I. | **Identifying Inmate Information** |
|---|---|

DC # 772214    Inmate Name FELIX AGOSTO

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

| II. | **Witness** |
|---|---|

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate:   DC #_____    Name _____

| III. | **Voluntary Refusal** |
|---|---|

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____    Date_____

Signature of Investigating Officer_____    Date_____

**IV. Statement** On AUGUST 17, 2017 I was been escorted To Administrative Confinement (A.C) by two (2) correctional officer(s) after I was access by Medical staff Pre-Confinement, the officer(s) took me thru the classification Hallway to go to AC when Sgt. Coppenger badge# CJE38 Slammed me on the FlooR, and officer Nelson spray me with the Chimecal agent(gas) on the eyes while on the FlooR my Right hip was injury do to the Rod Pin with two(2) screw on my Right Femur Bone I was drag by the arms by two officers to H-Dorm wing one (1) Confinement and Place in shower FouR (4), the hand held Camera video Use of Force Camera DOC Policy Procedure 602.210 F.A.C., Operated by C/O J. PeTRossI, and The Fixed wing Camera(s) on H-Dorm wing one (1) on August 17, 2017 approximately 2:40 - 3:30 P.M., RECORDED everything and the Correctional officers which they Change when they drag me by the arms to AC H-Dorm wing one (1) Confinement Dec. Policy Procedure 602.033 Fixed wing cameras will prove my allegations, I submitted a witness statement For Protective Management (P.M.) on August 18, 2017, and my Request was never Process in accordance with Rule 602.220 F.A.C. FoR Protective Management Because I Fear For my life, I submitted a second witness statement to LT. Lamber FoR PM because I Fear For my life Rule 602.220 F.A.C and my Request was never Process, This is my THIRD(3) Request For P.M. I Fear for my life and need Protective Management I was Physically abuse.

Witness Signature Felix Agosto DC# 772214 Date September 5, 2017

Signature of Investigating Officer_____    Date_____

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
Century Correctional Institution

SEP 22 2017

WARDEN'S OFFICE
CENTURY C. I. (706)

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

AGOSTO, FELIX     772216

Last   First   Middle Initial     DC Number     Institution

1709-106-096

| Part A – Inmate Grievance |
|---|

GRIEVANCE REQUEST, FOR "PROTECTIVE MANAGEMENT" IN ACCORDANCE with Rule 33-103.DOC, F.A.c, On September 20, 2017, The housing Post officer at H-Dorm Wing two (2) Confinement c/o Crosby ask me to see MY Informal Grievance with the copy of the withness statement For my Request FOR PM, Informal Grievance attached to this Formal Grievance, I show c/o Crosby My Informal Grievance Approved For PM, and c/o Crosby said that he check with classification and on the Records and computer and it don't show that I'm under the PM status, capt. Mccabe J.M. badge# MJN 45, was making the round on 9-20-17, approx. 10:35 A.m. on H-Dorm Wing two (2) Confinement, and I Try to tell him that I have not see ICT Institution classification Team, and he stated that it was not his problem and that he don't care and walk off of my cell H-2215, I then told the housing Post sergeant at H-Dorm (DC) Disciplinary Confinement that I was under the PM status, and he said that it was not his problem what happen to me, I was abuse Physically again on 9-19-2017 by the housing Post Sergeant at H-Dorm DC and a officer Sgt. Mcnann and officer J. Betts they Physically abuse me on Audio video cameras while Trying to house a Inmate in my cell # H-2215 because I was not under the Protective management I ask for a nother witness statement because "I Fear FOR my life" but they ignore my Request I File a nother "Emergency Grievance" because I fear FOR my life on 9-20-17 concern the Physical abuse by Sgt. mcnann and c/o J. Betts; Accordance with Title 602.220 F.A.C I have not see the Institution classification Team (ICT) within the 12 days For my Request FOR Protective Management or give a chance to appeal the ICT ~~decided~~ decision ~~once~~ concern the Physical abuse against me on 8-17-17 "I Fear FOR MY LIFE" and the Records will show I have been abuse by the department of Correction staff. Felit Agosto V. Sgt. Shellhes case# 13-14971-CIV.

September 21, 2017        Felix Agosto DC# 772216
_____        _____
DATE                      SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    Ø /   N/A

2a           #            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____    Institutional Mailing Log #: _____      _____
            (Date)                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

hw

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| **AGOSTO, FELIX** | **772216** | **1708-106-080** | **CENTURY C.I.** | **H1103L** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been reviewed with the following findings:
Your grievance has been received, reviewed and evaluated.

A review of the incident report and disciplinary report shows that the incident happened on August 17, 2017.  Therefor the disciplinary report will be overturned.

Based on the above information, your grievance is approved

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9.15.17
DATE

mculed
9.15.17

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 28 2017

ASST. WARDEN PROGRAMS
CENTURY CI

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

AGOSTO, FELIX     772216     Century C.I. (106)
Last   First   Middle Initial     DC Number     Institution

1708-1010 - 080

8-16-17, 1:15      Part A – Inmate Grievance

Grievance APPEAL I Felix Agosto DC#772216: CHallenge defective D.R. Log# 106-171507, by incompetant security guard Coppenger Jack, E., badge# CJE 38, which is infested with both Procedural and technical errors and warrant dismissal of this Poor D.R. FIRST FACTUAL ERROR: D.R. Statement of facts violated Title 33-601. 303(2); F.A.C., security guard Coppenger Failed to obtain and note the approval From his supervisor O.I.C., in charge regarding Preparation of DR SECOND FACTUAL ERROR: D.R. statement of facts violated Title 33-601.304 (2), F.A.C. where an incompetant security guard c/o Coppenger negligently Failed to note the date of the suppose violation, The incident ocurred on August 17, 2017, The Institution Century C.I., staff Was Conducting a mass search in G-Dorm Wing one(1), in my housing assigned, cell G1103. THIRD FACTUAL ERROR: D.R. Investigator Officer Sergeant Nbush badge # BNB24, violated Title 33-601.305(2)(3)(4)(5), F.A.C. where an incompetant D.R. Investigator negligently Failed to Review the handheld Camera video tape/Audio tape Evidence, regarding the use of unecessary unlawfull use OF Force against me, and the Review of the Fixed Wing Camera in H-dorm wing one(1) on 8-17-17, approx. 2:40- 4:00 P.M. physical evidence Form DC6-151, disposition of videotape/Audio tape evidence Form DC6-2028. FOUR FACTUAL ERROR: D.R. TEAM/HEARING OFFICER violated Title 33-601.307(1)(9), F.A.C., where the Disciplinary Team/Hearing Officer Failed to revealed, the Physical evidence and the reason(s) shall be docu-mented in the comment section of Form DC6-112B, Witness dispasition Form Comment section Form DC6-151, and documentary or Physical evidence dispasition or comment section Form DC6-2028. Continuation Attached.

AUGUST 28, 2017         Felix Agosto DC#772216
DATE              SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    Ø /   N/A
                                                                #      Signature

5Cr

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    _____
         (Date)                                                         (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

TD

DC1-303 (Effective 11/13)         Incorporated by Reference in Rule 33-103.006, F.A.C.

GRIEVANCE    CONTINUATION    SHEET

NAME: Felix AGosTo      DC# 772216   DATE: 08-28-17

☐INFORMAL   ☒FORMAL   ☐CENTRAL OFFICE APPEAL

Review of my RequesT of the physical evidence would
Prove that I was been escorted to H-Dorm wing one (1)
and place in shower Four (4), by two (2) diffrent officers
SgT. Coppenger was not the escorting officer, they change
Correctional officers and FalsiFy Report and documents
regarding the physical abuse and uneccesary unlawFull
Use of Force against me inmate Agosto, Felix DC# 772216
on AugusT 17, 2017.
RELIEF SOUGHT: Dismiss this defective D.R.,
with Prejudice to Prevent any rewrite of this D.R.,
Fully restore all unreasonably ForFeited Loss of
gain time and gain time not earned as a result of
this defective Disciplinary RePorT, Fully restore any
unreasonably SusPended Privileges that don't Comply
with Title 33-601.308 (4)(C)., F.A.C., and remove
D.R. From (FDoc) File(s), Log(s), record(s) and
electronic database in OFFender Based InFormation
System (OBIS). Thank you Kindly, RespectFully Submitted.

Felix Agosto DC# 772216

SIGNATURE OF GRIEVANT

Page 2 OF 2

**PART B - RESPONSE**

| AGOSTO, FELIX | 772216 | 1708-106-080 | CENTURY C.I. | H1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been reviewed with the following findings:
Your grievance has been received, reviewed and evaluated.

A review of the incident report and disciplinary report shows that the incident happened on August 17, 2017. Therefor the disciplinary report will be overturned.

Based on the above information, your grievance is approved

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9.15.17
DATE

mcuud
9.15.17

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

1010·1708·0110

Mail Number: H1103 L
Team Number: 5
Institution: Century C-I-(106)

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Felix Agosto | 772216 | H1103L | N/A | 08/24/17 |

**REQUEST**          Check here if this is an informal grievance ☒

On August 17, 2017, I was been escorted to (AC) Administrative Confinement by C/o Nelson and another officer thru the classification hallway when SGT. Coppenger badge #. CJE38, grab me and bodyslammed me on the Floor, I started screaming for help and I was spray with the chemical agents on the eyes, then drag by two officers to H-Dorm wing one(i) and place in shower4, the hand held camera was operating and CAPT. Simmon was present while I shower I was physically abuse by SGT. Coppenger badge #CJE38, and by officer Nelson, they injury my right leg with the Rod Pin and two screw on the femur bone medical Record will Prove my allegations, and the hand held camera, and Fixed wing cameras at H-Dorm wing one(i) will Prove my allegations on 8-17-2017 apprx. 2:40 - 4:00 P.M.

All requests will be handled in one of the following ways: 1) Written Information or    2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): Felix Agosto          DC#: 772216

**RECEIVED**

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**          10h          **DATE RECEIVED:**

**AUG 24 2017**

ASST. WARDEN PROGRAMS
CENTURY CI

Your allegations have almost been addressed in previous grievances. An Investigation will be conducted. Approved to to no extent.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Approved___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Burch          Official (Signature): ___          Date: 8/28/7

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: H2215

Team Number: ___

Institution: Century C.I. (

1016-1710-0054

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other ___ |

| FROM: | Inmate Name Felix Agosto | DC Number 772216 | Quarters H2215 | Job Assignment N/A | Date 10/05/17 |

**REQUEST**

Check here if this is an informal grievance ☒

On October 04, 2017, approximately 9:00-10:30 A.M., Sgt. J. Coppenger badge# CJE38, came to my Cell door in H Dorm Disciplinary Confinement wing two (2) Cell H2215, and said to me I know you probable Hate me because what I did to you but I want to let you know I ~~and~~ Hate you and I want to let you out of Confinement, Sgt. Coppenger physically abuse me with his fellow worker on August 17, 2017, and he is Now Retaliating because I Reported his action and c/o Nelson, due to my Rights to File grievance. My allegation and statement are Recorde in the Fixed wing Cameras Audio video in H-Dorm wing two(2) Cell H2215, Disciplinary Confinement on October 04, 2017, approx, 9:00-10:30 A.M., Doc Policy Procedure 602.033 Fixed wings Cameras, Audio video, Review of this Cameras will prove my allegation.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Felix Agosto                    DC#: 772216

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

RECEIVED

DATE RECEIVED: OCT 05 2017

ASST. WARDEN PROGRAMS CENTURY CI

Your Allegations have already Been Reported to the I.G. office. Fixed wing camera System cannot confirm that Sgt. Coppenger theatened you in any way.

forwarded to the IG office. Approved to this extent.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Approved__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J. Burch     Official (Signature): ___     Date: 10/9/17

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

```
                          FLORIDA DEPARTMENT OF CORRECTIONS               08/23/2017
ISSO158 (14)                   DISCIPLINARY REPORT                         PAGE   1
                                HEARING INFORMATION
                                LOG # 106-171468
-------------------------------------------------------------------------------
DC#: 772216   INMATE NAME: AGOSTO, FELIX                      H1103L INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT             DATE: 08/17/2017
FACILITY CODE:   106    NAME:  CENTURY C.I.                   TIME: 14.23
-------------------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION   DATE: 08/23/2017, AT: 11.00
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
        INMATE PRESENT: YES
    POSTPONEMENT:
    BASIS FOR DECISION:
        BASED ON THE STATEMENT OF FACTS WRITTEN AND THE RESULTS OF
        THE INVESTIGATION INMATE AGOSTO, FELIX 772216 IS BEING FOUND
        GUILTY OF CHARGE 9-17 DISORDERLY CONDUCT. INMATE CALLED FOR
        ONE WITNESS BUT THEY REFUSED TO PROVIDE A STATEMENT. INMATE
        AGOSTO CALLED FOR CAMERA OF G1 TO BE REVIEWED BUT BASED
        UPON REVIEW OF THE IDENTIFIED TAPE OR THE CAPABILITIES OF
        THE PARTICULAR TAPING EQUIPMENT, THE TAPE REQUESTED DOES NOT
        PROVIDE EVIDENCE TO SUPPORT THE INMATE'S STATEMENT. INMATE
        AGOSTO WAS ADVISED HE HAD 15 DAYS TO APPEAL THE TEAMS
        DECISION. 6 DAYS OF AC CREDIT WAS CONSIDERED.

    ACTIONS TAKEN:
      LOSS OF GAIN TIME:          30; PROBATION DAYS SET:   0
      DISCIPLINARY CONFINEMENT:   24; PROBATION DAYS SET:   0 CONSECUTIVE
      ALTERNATIVE HOUSING:      0000;

      RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

      TEAM CHAIRMAN:   SL101 - STEADHAM, LEANN
      TEAM MEMBERS:    OJR06 - ODOM, J.R.              -
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```

```
                        FLORIDA DEPARTMENT OF CORRECTIONS              08/28/2017
ISSO158 (14)                 DISCIPLINARY REPORT                        PAGE   1
                             HEARING INFORMATION
                             LOG # 106-171507
-------------------------------------------------------------------------------
DC#: 772216   INMATE NAME: AGOSTO, FELIX                    H1103L INFRACTION
VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO               DATE: 08/16/2017
FACILITY CODE:  106     NAME:  CENTURY C.I.                 TIME: 14.44
-------------------------------------------------------------------------------
        TEAM   FINDINGS AND ACTION   DATE: 08/25/2017, AT: 13.30
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INMATE PRESENT: YES
   POSTPONEMENT:
   BASIS FOR DECISION:
        BASED IN PART ON THE STATEMENT OF FACTS AND THE RESULTS OF
        THE INVESTIGATION, INMATE AGOSTO HAS BEEN FOUND GUILTY OF
        THE INFRATION 1-15 BATTERY OR ATTEMPTED BATTER ON CORRECTION
        OFFICER. INMATE AGOSTO STATED TO DISCIPLINARY TEAM " I WAS
        COMPLING TO ALL ORDER FROM THE OFFICER." INMATE AGOSTO
        CALLED FOR NOWITINESSES BUT DID CALL FOR CAMERA EVIDENCE.
        BASED UPON REVIEW OF THE IDENTIFIED TAPE OR THE CAPABILITIES
        OF THE PARTICULAR TAPING EQUIPMENT, THE TAPE REQUESTED DOES
        NOT PROVIDE EVIDENCE TO SUPPORT THE INMATE'S STATEMENT.
        INMATE CALLED FOR NO FURTHER EVIDENCE. INMATE AGOSTO WAS
        GIVEN A COPY OF THE FINDINGS AND INFORMED THAT HE HAS 15 DAY
        TO APPEAL THE TEAM DECISION.
   HEARING DELAY COMMENTS:
        DELAY DUE TO LEVEL 2 LOCKDOWN.

   ACTIONS TAKEN:
    LOSS OF GAIN TIME:           100; PROBATION DAYS SET:   0
    DISCIPLINARY CONFINEMENT:   60; PROBATION DAYS SET:    0 CONSECUTIVE
    ALTERNATIVE HOUSING:      0000;

    RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:   DTA27 - DIXON, TAIWINA A
    TEAM MEMBERS:    SDD04 - MOORE, DEBRA D.              -
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```

Authorization

FSSO150 (01)
FLORIDA DEPARTMENT OF CORRECTIONS                  08/17/2017
CHARGING DISCIPLINARY REPORT
LOG # 106-171468

----------------------------------------------------------------------

DC#: 772216   INMATE NAME: AGOSTO, FELIX                    INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT           DATE: 08/17/17
FACILITY CODE:  106    NAME:  CENTURY C.I.                  TIME: 14:23

----------------------------------------------------------------------

I.   STATEMENT OF FACTS
     INMATE AGOSTO, FELIX DC#772216 IS BEING CHARGED WITH A
     VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT 9-17 DISORDERLY CONDUCT           ON AUGUST 17, 2017
     I, OFC.  COVAN, WAS ASSISTING WITH A MASS SEARCH OF  F
     DORMITORY. AT APPROXIMATELY  2:23PM I ORDERED INMATE AGOSTO,
     FELIX DC# 772216 TO SUBMIT TO A CELL SEARCH. INMATE AGOSTO
     BEGAN SHOUTING AND WAVING HIS ARMS AGGRESSIVELY SHOUTING,
     "Y'ALL THINK Y'ALL CAN COME IN HERE AND DO WHATEVER YOU
     WANT!" INMATE AGOSTO WAS PLACED IN HAND RESTRAINTS THEN
     ESCORTED TO MEDICAL FOR A PRE-CONFINEMENT PHYSICAL THE
     PLACED IN ADMINISTRATIVE CONFINEMENT PENDING THE OUTCOME OF
     A DISCIPLINARY TEAM HEARING


     REPORT WRITTEN: 08/17/17, AT 15:00      BY: CBR07 - COVAN, BENJAMIN R

----------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 8 /18 /17, AT 02:58

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

               DELIVERED BY : PHL 41  - Ofc Straiker

----------------------------------------------------------------------

     NOTICE TO INMATE:
     AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
     CONDUCT, YOU ARE ADVISED THE FOLLOWING:

----------------------------------------------------------------------

     INVESTIGATION:
     AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
     DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
     OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
     THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
     OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
     SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
     HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
     TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

----------------------------------------------------------------------

     DELIVERY OF CHARGES:
     A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
     TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
     PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
     YOU SIGN THE WAIVER.

----------------------------------------------------------------------

operating Screening

| | | |
|---|---|---|
| ISSO150 (01) | FLORIDA DEPARTMENT OF CORRECTIONS<br>CHARGING DISCIPLINARY REPORT<br>LOG # 106-171468 | 08/17/2017 |

--------------------------------------------------------------------------------
DC#: 772216   INMATE NAME: AGOSTO, FELIX                         INFRACTION
VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT                DATE: 08/17/17
FACILITY CODE:  106     NAME:  CENTURY C.I.                      TIME: 14:23
--------------------------------------------------------------------------------

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
--------------------------------------------------------------------------------

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.

Approved

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          08/22/2017
ISSO150 (01)          CHARGING DISCIPLINARY REPORT
                           LOG # 106-171507
```
--------------------------------------------------------------------------------
```
  DC#: 772216   INMATE NAME: AGOSTO, FELIX                    INFRACTION
  VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO               DATE: 08/16/17
  FACILITY CODE:  106    NAME:  CENTURY C.I.                  TIME: 14:44
```
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS
     INMATE AGOSTO, FELIX DC# 772216IS BEING CHARGED WITH A
     VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT 1-15 BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL
     OFFICER.  ON AUGUST 16, 2017 AT APPROXIMATELY 2:44PM I,
     SERGEANT J.COPPENGER, AND OFFICER NELSON WAS ESCORTING
     INMATE AGOSTO TO CONFINEMENT WHEN HE BECAME COMBATIVE BY
     ATTEMPTING TO PULL AWAY FROM MY CUSTODIAL HOLD. WHEN I
     REACHED TO OPEN THE DOOR TO THE CLASSIFICATION HALLWAY,
     INMATE AGOSTO ATTEMPTED TO HEAD BUTT ME .OFFICER NELSON
     APPLIED CHEMICAL AGENTS TO PREVENT INMATE AGOSTO FROM
     CARRYING OUT HIS ATTACK. ONCE CHEMICAL AGENTS WERE APPLIED ,
     INMATE AGOSTO CONTINUED TO ATTEMPT TO STRIKE ME. IT THEN
     BECAME NECESSARY FOR US TO USE ADDITIONAL PHYSICAL FORCE TO
     PROTECT MYSELF FROM FURTHER HARM BY PLACING HIM ON THE FLOOR
     IN A PRONE POSITION. INMATE AGOSTO RECEIVED A POST USE OF
     FORCE PHYSICAL WITH MINOR INJURIES NOTED. OFFICER NELSON AND
     I RECEIVED POST USE OF FORCE PHYSICAL WITH NO INJURIES
     NOTED . INMATE AGOSTO WAS PLACED INTO ADMINISTRATIVE
     CONFINEMENT PENDING THE OUTCOME OF THIS DISCIPLINARY TEAM
     HEARING.


  REPORT WRITTEN: 08/16/17, AT 15:45       BY: CJE38 - COPPENGER, JACK E.
```
--------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _8_ / _22_/_17_ , AT _22_: _43_

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

          . DELIVERED BY _BNB24_ - _Sgt N Brown_

--------------------------------------------------------------------------------

  NOTICE TO INMATE:
  AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
  CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------

  INVESTIGATION:
  AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
  DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
  OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
  THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
  OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
  SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

```
                      FLORIDA DEPARTMENT OF CORRECTIONS            10/18/2017
ISSO158 (14)               DISCIPLINARY REPORT                       PAGE  1
                           HEARING INFORMATION
                           LOG # 106-171847
--------------------------------------------------------------------------------
DC#: 772216   INMATE NAME: AGOSTO, FELIX                  H1219L INFRACTION
VIOLATION CODE:  0940   TITLE: UNAUTHORIZED TRANSACTION    DATE: 10/06/2017
FACILITY CODE:  106   NAME:  CENTURY C.I.                   TIME: 07.00
--------------------------------------------------------------------------------
          TEAM    FINDINGS AND ACTION   DATE: 10/17/2017, AT: 12.25
      INMATE OFFERED STAFF ASSISTANCE: DECLINED
      INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
      INMATE PRESENT: YES
   POSTPONEMENT:
   BASIS FOR DECISION:
      BASED IN PART ON THE STATEMENT OF FACTS AND THE RESULTS OF
      THE INVESTIGATION INMATE AGOSTO DC#772216 WAS FOUND
      GUILTY OF 9-40 POSSESSION OF ACCOUNT NUMBERS.  INMATE AGOSTO
      STATED THAT HE WAS NEVER SEARCHED AND THAT HE HAD BEEN IN
      CONFINEMENT SINCE AUG 17 AND HE DID NOT KNOW WHAT THEY WERE
      TALKING ABOUT.  HE ALSO STATED THAT THE DR NEVER STATED  WHO
      SGT PAYNE WAS SUPPOSED TO HAVE GOTTEN THE ACCOUNT NUMBERS
      FROM.
   HEARING DELAY COMMENTS:
      DELAY WAS CAUSED BY SECURITY DELIVERING DR TO CLASSIFICATION
      LATE

 ACTIONS TAKEN:
  DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE
  ALTERNATIVE HOUSING:     0000;

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:  BDJ27 - BASS,JOHN D.
  TEAM MEMBERS:   SDD04 - MOORE, DEBRA D.              -
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
```

```
                        FLORIDA DEPARTMENT OF CORRECTIONS            08/22/2017
 ISSO150 (01)              CHARGING DISCIPLINARY REPORT
                              LOG # 106-171507
-------------------------------------------------------------------------------
  DC#: 772216   INMATE NAME: AGOSTO, FELIX                         INFRACTION
  VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO                    DATE: 08/16/17
  FACILITY CODE:  106   NAME:  CENTURY C.I.                        TIME: 14:44
-------------------------------------------------------------------------------
  HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
  TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
-------------------------------------------------------------------------------

  DELIVERY OF CHARGES:
  A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
  TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
  PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
  YOU SIGN THE WAIVER.
-------------------------------------------------------------------------------

  DISCIPLINARY HEARING:
  THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
  BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
  BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
  APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
  WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
  THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
  YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
  THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
  STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
  TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
  TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
  GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
  PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
  BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
  DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
  THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
  WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
-------------------------------------------------------------------------------

  APPEAL:
  IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
  FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
  THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
  FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS            10/09/2017
`ISSO150 (01)           CHARGING DISCIPLINARY REPORT
                            LOG # 106-171847
-------------------------------------------------------------------------------
  DC#: 772216   INMATE NAME: AGOSTO, FELIX                       INFRACTION
  VIOLATION CODE:  0940   TITLE: UNAUTHORIZED TRANSACTION        DATE: 10/06/17
  FACILITY CODE:  106    NAME:  CENTURY C.I.                     TIME: 07:00
-------------------------------------------------------------------------------
```

I.    STATEMENT OF FACTS
      INMATE AGOSTO, FELIX DC# 772216 IS BEING CHARGED WITH A
      VIOLATION OF FAC CHAPTER 33 601.314 RULES OF PROHIBITED
      CONDUCT 9-40:POSSESSION OF ANY ITEMS OR MATERIALS THAT CAN
      BE USED TO FACILITATE AN UNAUTHORIZED OR ILLEGAL
      TRANSACTION, INCLUDING ACCOUNT NUMBERS, PASSWARDS, PINS, OR
      ANY OTHER SIMILAR ITEMS OR MATERIALS THAT AN INMATE IS NOT
      AUTHORIZED TO POSSESS.ON 10/6/2017 AT APPROXIMATELY 7:00AM
      I, SERGEANT C.PAYNE, WAS REVIEWING SEVERAL NOTES THAT HAD
      BEEN FOUND IN INMATE AGOSTO, FELIX DC# 772216 POSSESSION AND
      FORWARDED TO ME. UPON REVIEW, THE NOTES WERE FOUND TO BE
      ACCOUNT NUMBERS AND ROUTING NUMBERS SOME OF WHICH WERE FOR
      META BANK. COPIES OF THE PAPERS ARE ATTACHED.INMATE AGOSTO
      REMAINS IN DISCIPLINARY CONFINEMENT ON UNRELATED CHARGES
      PENDING THE OUTCOME OF A DISCIPLINARY TEAM HEARING. THE
      PAPERS WERE FORWARDED TO THE INSPECTOR GENERAL'S OFFICE.


   REPORT WRITTEN: 10/06/17, AT 07:30      BY: PCB03 - PAYNE, CHARLES B.
-------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: *10* / *10* / *17*, AT *7* : *18*

        NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
        EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
        NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
        33-601, FLORIDA ADMINISTRATIVE CODE.

            DELIVERED BY : *OC*      - *CB*
-------------------------------------------------------------------------------

 NOTICE TO INMATE:
 AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
 CONDUCT, YOU ARE ADVISED THE FOLLOWING:
-------------------------------------------------------------------------------

 INVESTIGATION:
 AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
 DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
 OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
 THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
 OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
 SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
 HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
 TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
-------------------------------------------------------------------------------

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              10/09/2017
ISSO150 (01)          CHARGING DISCIPLINARY REPORT
                          LOG # 106-171847
--------------------------------------------------------------------------------
DC#: 772216   INMATE NAME: AGOSTO, FELIX                    INFRACTION
VIOLATION CODE:  0940   TITLE: UNAUTHORIZED TRANSACTION     DATE: 10/06/17
FACILITY CODE:  106   NAME:  CENTURY C.I.                  TIME: 07:00
--------------------------------------------------------------------------------

   DELIVERY OF CHARGES:
   A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
   TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
   PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
   YOU SIGN THE WAIVER.
--------------------------------------------------------------------------------

   DISCIPLINARY HEARING:
   THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED
   BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING
   BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL
   APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU
   WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF
   THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY.
   YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ
   THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER
   STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER
   TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL
   TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT
   GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF,
   PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE
   BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A
   DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND
   THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU
   WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.
--------------------------------------------------------------------------------

   APPEAL:
   IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A
   FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF
THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.
```



Mailed from a State
Correctional Institution
OKACI

CHECKED JUL 20 2018

Felix A
Okaloosa Correctional Institution
3189 Colonel GreG MAlloy Road
CRESTview, Florida 32539-6708

UNITED STATES DISTRICT CouRT
NORTHERN DISTRICT OF FLORIDA
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658