IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO,
    Plaintiff,

vs.                               Case No.: 3:18cv1559/RV/EMT

J. COPPENGER, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 1, 2019 (ECF No. 19). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Plaintiff has filed a document entitled "Motion to Proceed" (ECF No. 20), which I have reviewed de novo.

Having considered the Report and Recommendation, and the Plaintiff's response thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Sergeant L. McCann and Officer J. Betts are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted;

3. The case is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Sergeant J. Coppenger and Officer Nelson.

**DONE AND ORDERED** this 29th day of May 2019.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**