# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**FELIX AGOSTO**
**DOC # 772216**,

      Plaintiff,

v.                                              Case No. 3:18-CV-1559-RV-EMT

**J. COPPENGER, ET AL.**,

      Defendants.
_____/

## DEFENDANTS' ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES

      **Greg Nelson** and **J Coppenger** ("Defendants"), hereby answers **Felix Agosto** ("Plaintiff") Second Amended Complaint, (Doc. 16)[1], as follows:

**I.**      **PLAINTIFF** (Doc. 16 at 2)

Admit.

**II.**      **DEFENDANT(S)** (*Id*. at 2-3)

1.      Admit.

2-3.      Defendants were dismissed. *See* (Docs. 19, 22).

4.      Admit.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES** (*Id*. at 4).

Without statement as instructions are being given.

IV. **PREVIOUS LAWSUITS** (*Id*. at 4-6)

Deny as without knowledge.

V. **STATEMENT OF FACTS** (*Id*. at 6-11)

1-3. Admit.

4-16. Deny as without knowledge.

17. Admit.

18-19. Deny as without knowledge.

20. Deny any wrong doing by Defendants. Deny as without knowledge the remainder of Plaintiff's allegations.

21. Deny that Plaintiff did not physically resist. Admit that Plaintiff was handcuffed.

22-23. Deny any wrong doing by Defendants. Deny as without knowledge the remainder of Plaintiff's allegations.

24. Deny as without knowledge.

25. Deny.

26. Admit that Plaintiff was charged with a Disciplinary Report as a result of the incident. Deny the remainder of Plaintiff's allegations.

27-30. Deny as without knowledge.

31-35. The claims against these Defendants have been dismissed. *See* (Docs. 19, 22).

36-37. Deny as without knowledge.

38. Admit.

**VI.    FIRST CAUSE OF ACTION** (*Id*. at 11)

39-40. Deny.

**VII.   SECOND CAUSE OF ACTION** (*Id*. at 11-12)

41-42. The claims against these Defendants have been dismissed. *See* (Docs. 19, 22).

43. No statement as Plaintiff indicates he is suing defendants in their individual capacity.

**VIII.  STATEMENT OF CLAIMS** (*Id*. at 13)

Deny.

**IX.    RELIEF REQUESTED** (*Id*. at 13)

Deny that Plaintiff is entitled to any relief whatsoever.

**X.     DEFENSES AND AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a cause of action against Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted.

3. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury.

5. Defendants are entitled to qualified immunity for his actions relative to the incident set forth in Plaintiff's Amended Complaint.

6. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendants as required for liability under 42 U.S.C. §1983.

7. Plaintiff's claim for damages is barred pursuant to the Prison Litigation Reform Act (PLRA) based on lack of a physical injury as a result of the alleged actions by Defendants.

8. The actions taken by Defendants about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

9. Plaintiff failed to mitigate his own injuries.

10. Defendants acted in self-defense.

## XI. RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## XII. DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

                                                Respectfully submitted,

                                                **ASHLEY MOODY**
                                                **ATTORNEY GENERAL**
                                                Office of the Attorney General
                                                The Capitol, PL-01
                                                Tallahassee, Florida 32399-1050
                                                Telephone: (850) 414-3300
                                                Facsimile: (850) 488-4872

                                                <u>/s/ Erik Kverne</u>
                                                Erik Kverne
                                                Assistant Attorney General
                                                Florida Bar No. 99829
                                                Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Answer, Defenses, and Affirmative Defenses* was e-filed electronically through CM/ECF on October 7, 2019, and furnished by U.S. Mail to: Felix Agosto, DOC# 772216, Florida State Prison, P.O. Box 800, Raiford, Florida 32083 on October 7, 2019.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com