IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO
    Plaintiff

J.A.   LEGAL MAIL
Provided to Florida State Prison on
3/2/20 for mailing by _____

VS.                         Case No.: 3:18CV1559/RV/EMT

SERGEANT J. COPPENGER
and OFFICER NELSON,
    Defendants.                    /

X.D.A   LEGAL MAIL
Provided to Florida State Prison On
3/2/20 for mailing by Swilli

## FELIX AGOSTO
## AFFIDAVIT

COMES NOW, Plaintiff, Felix Agosto, Pro se, and respectfully File his AFFidavit to the honorable COURT.

1. Plaintiff, Felix Agosto, (herein after: Agosto) is an inmate in the Florida department of Corrections currently confined at Florida state prison - west unit, P.O. Box 800, Raiford, Florida 32083.

2. At all relevant times herein Agosto was confined at Florida Century Correctional Institution under the care, custody, and control of defendants and all events herein occurred at this place.

3. At all relevant times herein defendants, Sgt. J. Coppenger and officer nelson were employed by the Florida Department of corrections at century correctional Institution, were responsible for the

FILED USDC FLND PN
MAR 5 '20 PM 12:23

care, custody and control of all inmates, including Agosto at century Correctional Institution, and were acting under color of state law.

4. On August 17th 2017, at approximately 2:20 P.M. Agosto was in his assigned housing Unit G-dorm wing one(1), while the Correctional officer's staff were conducting a mass search, Agosto complied with all orders during the cells search.

5. Agosto was ordered to pickup a mattress after the staff officers finished searching the cells, and ordered Agosto to enter Agosto cell, and then the cell door were closed.

6. while Agosto was inside his cell officer Couan ordered Agosto's roommate to get off the cell door, officer Couan started to argue with Agosto's roommate and sergeant C. Payne showed up at the cell door, and opened the cell door, and asked officer Couan which one you want?

7. officer Couan pointed his finger at Agosto and sgt. C. payne entered Agosto cell, and ordered Agosto to turn around and place his hands behind his back and submit to hand restraints, Agosto complied, and sgt. payne placed handcuffs on Agosto's, and sgt. Payne and Agosto exited the cell.

8. Agosto then asked officer Couan why he was going to confinement, officer Couan said to Agosto For running o your mouth, Agosto then

told Sgt. Payne that officer was arguing
with Agosto roomate and to review the fixed
wing camera in G-dorm wing one(1) cell
G1-103 to prove that Agosto Followed all
orders during the cells search.

9. Officer Covan said to Sgt. Payne, place
Agosto in Confinement For disorderly conduct
officer Covan wrote Agosto a False charge
violation of Rules of Prohibited conduct and
penalties.

10. Agosto's then was escorted by Sgt. Payne
outside of the dormitory G-dorm, and officer
J. Petrossi gained custody of Agosto, and
then told officer Petrossi that Agosto wanted
to talk to Colonel Hassett, whom was in Front
of the dormitory G-dorm talking on the cell-
phone.

11. Thereafter, lieutenant Booth came outside
of the dormitory G-dorm, and asked Agosto
what is the problem? Agosto then told Lt. Booth
that officer Covan lied, and that Agosto
Followed all orders, and Sgt. Payne refused to
review the fixed wing camera in G-dorm
wing one (1) cell G1-103.

12. Lt. Booth said to Agosto just go to
confinement, I'm going to talk to officer
Covan, and Sgt. Payne, Lt. Booth then went back
inside the dormitory, and Colonel Hassett
approached Agosto and said to Agosto you
don't want to go to confinement, Colonel Hassett

got on his walkietalkie, and called For back-up.

13. During this entire incident both of Agosto's hands were handcuffed behind his back, and Agosto did not in anyway physically resist.

14. Thereafter, Sgt. J. Coppenger, officer Nelson, and lieutenant shawn responded to colonel Hassett's call For back-up, Lt. Shawn took custody of Agosto From officer J. Petrossi, grabbed Agosto's right arm, and they escorted Agosto to CCI's medical department For a pre-confinement physical.

15. The nurse examined Agosto, and Finished Agosto's pre-confinement physical, and the nursed gived to Sgt. Coppenger, and officer Nelson Agosto pre-confinement papers which have Agosto medical problems, and Agosto Health slip/pass DC4-7010 which has Agosto restricted activity and restrictions.

16. Sgt. Coppenger, and officer Nelson then gained custody of Agosto, and escorted Agosto through the classification hallway once Agosto was in the hallway Sgt. Coppenger said to Agosto run your mouth now and grabbed Agosto by his upper body, and slammed Agosto body onto the Floor, Agosto landed on his right side.

17. During this entired incident both oF Agosto

hands were handcuffed behinds his back and Agosto did not in any way physically resist.

18. Thereafter, officer Nelson sprayed Agosto in his eyes with chemical agents while Agosto was on the floor, thereafter, Agosto screamed for help, and two(2) officer's grabbed Agosto's arms while still in handcuff, and "dragged" Agosto to confinement, H-dorm wing two(2), and placed Agosto in shower four (4), the Florida Department of Corrections Policy Procedure number 602.210, title: Use of Force were violated, and the fixed wing audio video cameras in H-dorm confinement recorded the event.

19. As a result of Sgt. Coppenger's body slamming Agosto onto the floor, Agosto's hip joint and muscle, and right femur bone joint, and muscle were torn, Agosto had a rod and pin in his right femur bone, from hip to knee with two(2) screws do to past surgery.

20. Neither Sgt. Coppenger, nor officer Nelson were justified in their use of force, and intentionally cause Agosto's severe physical bodidy injury, Sgt. Coppenger charge Agosto with a false charge disciplinary Report to cover up his and officer Nelson unjustified physical abuse on Agosto.

21. While Agosto was in the shower rinsing off the chemical agent (gas), while on the hand-held video camera, operated by officer

J. Petrossi the medical staff nurse was call to access Agosto's, nurse A.E. Powell(LPN), examined Agosto, and referred Agosto to eCI's on site doctor, and told Agosto to continue to take the medication that Agosto was already prescribed for his lowerback and joints pain, Naproxen 250 mg.

22. On August 19th 2017, Agosto submitted a sick-call request for the ongoing pain in his right hip, and right femur bone and x-rays were ordered and nurse S. Szalai an RNP, told Agosto to continue to take the medication naproxen 250 mg., for the pain.

23. On october 4th, 2017, at approximately 9:00 — 10:00 A.M; Sgt. Coppenger came to Agosto's cell door located a H-dorm Confinement wing two (2) and said to Agosto are you going to let by going be bygoing? I know you probably hate me for what I did to you, but you were running your mouth, and I want to let you out off Confinement.

24. Sgt. Coppenger's statement is recorded on the fixed wing Audio video camera in H-dorm wing two(2) Confinement on october 4th 2017, at approximately 9:00 — 10:00 A.M.

25. Agosto has exhausted all administrative remedies through the Florida department of corrections grievance procedure.

26. Agosto had handcuff behind his back and numerous medical problems on his right leg Femur bone, Knee and hip, the deliberate indifference standard generally applies to cases alleging Failures to safeguard an inmate's health and safety, including Failing to Protect inmate's from attack.

27. The unjustified use of force by Sgt. J. Coppenger and officer nelson were malicious in intent and violated Agosto's right to be free of cruel and unusual Punishment as Proscribed by the eighth amendment to the United States Constitution.

## DECLARATION / CERTIFICATED OF SERVICE

Having read the foregoing statement contained on this affidavit, I swear under Penalties of Perjury all stated is true and correct, and certify that a true and correct copy of this affidavit has been furnished by U.S. mail to: U.S. district court, 100 North Palafox street Pensacola, Florida 32502, and counsel of record for defendant's Joe Belitzky, Attorney general PL-01 the capitol, Tallahassee, Florida 32399-1050, on this 2 day of March 2020.

Respectfully submitted

Félix Agosto DC# 772216

Felix Agosto DC# 772216
Florida state Prison - west Unit
P.O. Box 800
Raiford, Florida 32083

Felix Agosto DC# 472216 Dorm L1-128S
Florida State Prison- West Unit
P.O. Box 800
Raiford, Florida 32083

Mailed From A State
Correctional Institution

CHECKED MAR 0 5 2020

**LEGAL MAIL**

3250234839 C003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
100 NORTH PalaFox Street
Pensacola, Florida 32502

LEGAL MAIL ONLY

U.S. POSTAGE >> PITNEY BOWES

ZIP 32083
02 4W
0000357048 MAR 03 2020
$ 000.65°