IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO,
    Plaintiff,

vs.                                        Case No.: 3:18cv1559/RV/EMT

SERGEANT J. COPPENGER
and OFFICER NELSON,
    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on June 4, 2020 (ECF No. 53). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 53) is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (ECF No. 47) is **DENIED.**

**DONE AND ORDERED** this 2nd day of July, 2020.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**