IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILED USDC FLND PN
NOV 9 '20 PM 2:54

FELIX AGOSTO,
    Plaintiff,

V.                    Case No.: 3:18-CV-1559/RV/EMT

J. COPPENGER et al.,
    Defendants
_____/

MOTION IN LIMINE

COMES NOW Felix Agosto, Plaintiff Pro Se and respectfully to the honorable court file Pretrial motion. As grounds for this motion Plaintiff alleges:

1. The defendants can testify to all relevant aspects of the claim and evidence in filed on this claim without recounting issues not relating to the claim.

2. Where the only purpose for admitting testimony relating accusatory information received from the Department of Correction record is to show a logical sequence of

1

events leading up to the defendants use of force on Plaintiff.

3. In light of the inherently prejudicial effect the defendants engaged in the criminal activity for which they are being suit.

WHEREFORE Plaintiff request to this honorable court to enter order directing the defendants not to elicit testimony or record that are not relating to Plaintiff claim at trial.

Respectfully Submitted

Felix Agosto DC#772216

Felix Agosto DC#772216
arrest #162000285
North Broward Bureau
1550 Blount Road
Pompano Beach, Florida 33069

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing and a true copy has been place on the hand of Broward sheriff's deputy for mailing by U.S. mail to: United states district court 1 N. Palafox street, Pensacola, Florida 32502 and counsel of record for the defendants Joe Belizticy, attorney general, 400 South monroe street, Tallahassee, Florida 32399 on this 1 day of November 2020.

Respectfully submitted,

Felix Agosto  DC# 772216

Felix Agosto DC# 772216

arrest # 162000285

North Broward Bureau

1550 Blount Road

Pompano Beach, Florida 33609

Felix Agosto
arres# 870002AS
North Broward Bureau
1550 NW Detention Center
~~Ft Lauderdale~~ 1010 37 Center
Pompano Beach, Florida 33069-1118

RECEIVED NOV 09 2020

United States District Court
Northern District of Florida
1 North Palafox Street
Pensacola, Florida 32502

LEGAL MAIL