# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FELIX AGOSTO

        VS        CASE NO. 3:18cv1559-RV/EMT

J. COPPENGER, et al.

## REFERRAL AND ORDER

Referred to Judge Vinson on   11/30/2020
Type of Motion/Pleading   MOTION in Limine
Filed by:   Plaintiff   on   11/9/2020   Doc. No.   76
_____ Stipulated/Consented/Joint Pleading/Unopposed
Response:   _____   on   _____   Doc. No. _____

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        /s/ Sylvia Williams
        Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 30th day of November, 2020, that:

    The requested relief is hereby DENIED, without prejudice. I will rule on the admissibility of any documentary and/or testimonial evidence at the time of trial.

        /s/ *Roger Vinson*
        ROGER VINSON
        SENIOR UNITED STATES DISTRICT JUDGE