UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO
  Plaintiff

V.                              Case No.: 3:18-CV-1559/RV/EMT

SGT. J. CORDENGER et al.,
  Defendants

## PLAINTIFF EXHIBIT

Comes Now Plaintiff Felix Agosto Pro se and respectfully to the honorable court file his Pre trial exhibit already in Filed as Plaintiff don't have them.

1. USE OF FORCE REPORT

   a). Incident Reports

   b). Disciplinary Reports

   c). Department of Corrections Policy Procedure. Florida Administrative code 33.210 Use of Force

1

d) Medical Record

2. <u>ELECTRONICALLY STORED INFORMATION</u>

   a). Hand held camera Video

   b). Fixed camera Audio Video

   c). Department of corrections Policy Procedure 602.033 Fixed camera and held hand video camera

3. <u>DEPARTMENT OF CORRECTIONS COMPLAINTS</u>

   a). Inmate Grievances

   b). exhibits Filed with Plaintiff First complaint.

   c). Florida Department Law Enforcement letters.

THEREFORE Plaintiff File to the honorable court his exhibits already in Filed For Pre trial material and Request to the honorable court to Furnish copies to the jury and the defendants as order by the court document 63, Plaintiff don't have copies.

### CERTIFICATE OF SERVICE

I hereby certify that the Foregoing and a true correct copy has been place in the hands of Paul Rien Facility deputy For mailing to: United States district court 1 North Palafox street Pensacola Florida 32502 and counsel of record For the defendants Joe Bleliztky 400 South monroe street Tallahassee Florida 32399 on this 7 day of december 2020.

Respectfully Submitted,

Felix Agosto DC#772216

Felix Agosto DC#772216
arrest #162000285
Paul Rien Facility
P.O. Box 407003
Fort Lauderdale, Florida 33340

3

Felix Agosto arrest #162000285
Paul Rien Facility
P.O. Box 407003
Fort Lauderdale, Florida 33340

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 North Palafox Street
Pensacola, Florida 32502

RECEIVED DEC 14 2020