UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO,
  Plaintiff,

V.                              Case No.: 3:18-CV-1559/RV/EMT

J. COPPENGER et al.,
  Defendants
_____/

### MOTION TO THE COURT FOR CONSIDERATION

COMES NOW Plaintiff Felix Agosto Pro se and respectfully to the honorable court file this motion for consideration and for ground does show:

1. Plaintiff is an inmate of Paul Rien Facility P.O. Box 407003 Fort Lauderdale Florida 33340 and Plaintiff is Pro se on this litigation and don't have funds for the copies requested

2. The court order to file pretrial materials and the deadline is on december 9, 2020 document 72.

1

3. Plaintiff Filed a written narrative statement of the Facts that he will Present through oral or documentary evidence at trial alone with a motion For admission of evidence on october 22, 2020.

4. Plaintiff need of this Requested documents For exhibit and electronically stored information on video or CD to Present to the jury For trial

5. The clerk of court Responded to plaintiff request and said that Plaintiff must make Payment in advance but Plaintiff don't have the Funds Requested to pay For the various documents needit For Pre trial materials.

6. Plaintiff have not File his exhibits motion For Pretrial material because Plaintiff don't have them but the defendants have them and the honorable court.

THEREFORE, Plaintiff File to the honorable court this motion For Consideration and Pray that the honorable court grant his Request.

CERTIFICATE OF SERVICE

I hereby certify that the Foregoing and a true copy has been Place on the hands of Paul Lien Facility deputy For mailing by U.S. mail to: United states district court 1 N Palafox street Pensacola Florida 32502 and counsel of record For the defendants Joe Belitzky attorney general 400 south monroe street, Tallahassee, florida 32399 on this 2 day of december 2020.

Respectfully submitted
Felix Agosto DC# 772216
Felix Agosto DC# 772216
arrest # 162000285
Paul Lien Facility
P.O. Box 407003
Fort lauderdale, Fl 33340

3

Felix Agosto
arrest # 162000275
Paul Rien Facility
P.O. Box 407003
Fort Lauderdale, Florida 33340

RECEIVED DEC 14 2020

LEGAL MAIL

RECEIVED DEC 14 2020

This letter originates from
Broward County Jail Facility.
Inmate mail is unsupervised and
the Sheriff cannot assume
responsibility for its contents.

FOREVER USA
Barn Swallow

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 N. PALAFOX STREET
PENSACOLA, FLORIDA 32502