IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FELIX AGOSTO**

    **Plaintiff,**

**v.**                                        **Case No.: 3:18cv1559/RV/EMT**

**SGT. J. COPPENGER and OFFICER NELSON,**

    **Defendants.**
_____/

### DEFENDANTS' PRETRIAL NARRATIVE STATEMENT

Defendants COPPENGER and NELSON hereby submit their 'Pretrial Narrative Statement', pursuant to this Court's Order [Doc. 63].

I.  **STATEMENT OF THE CASE**

This action is proceeding on Plaintiff's Second Amended Civil Rights Complaint [Doc. 16], in which he is seeking monetary damages from the Defendants, Jack Coppenger and Gregory Nelson, who at the time of the incident, Aug. 17, 2017, were respectively a Sergeant and a Correctional Officer at Century Correctional Institution (CI). Plaintiff at the time of the incident was an inmate at Century CI.

Plaintiff alleges that Defendants on that date used excessive and unjustified force upon him during an escort to confinement. He alleges that he was acting peacefully,

1

and no force was required. He alleges the force used by Defendants was excessive, and caused him to suffer physical injuries and pain. He seeks compensatory, punitive, and nominal damages.

Defendants, on the contrary, allege that Plaintiff became combative during the escort, and indeed attempted to 'head butt' Defendant Coppenger. Accordingly, reasonable force, including OC spray, was necessary to bring Plaintiff under control and stop his physically aggressive behavior. Any injuries which Plaintiff sustained were caused by his own conduct.

Defendants' Motion for Summary Judgement [Doc. 47] was denied [Doc. 55] after a Report and Recommendation finding that there were disputed issues of fact as to whether the force was justified (per Defendants) or excessive (per Plaintiff) [Doc. 53] was adopted by the Court.

## II.   EVIDENCE DEFENDANTS WILL PRODUCE AT TRIAL.

On August 17, 2017 Defendant Gregory Nelson was employed at Century CI as a Correctional Officer, and was assigned that day as the Center Gate Officer. At approximately 2:40 PM, he was escorting Plaintiff down the classification hallway to confinement, and was assisted by Defendant Sgt. Coppenger.

Plaintiff became combative and began pulling away from the custodial grasp both Defendants had on him. Plaintiff was given several loud verbal orders to cease his combative behavior, but ignored all orders given and continued his

behavior.

While Coppenger reached to open the door on the hallway, Plaintiff attempted to head butt him. It then became necessary for Nelson to use force, and he then applied a continuous stream of OC spray from his assigned MK.4 canister towards Plaintiff, totaling 57 grams.

Coppenger was able to maintain his custodial grasp and used his body weight and downward pressure to place Plaintiff on the floor. Both Defendants, with Lieutenant Kenneth Shaw, who was present in the hallway, then assisted Plaintiff to his feet.

Plaintiff remained argumentative, but he became compliant to orders given. At that point, all force ceased.

The use of force was necessary to prevent Plaintiff from harming staff, and to overcome his aggressive resistance to lawful orders to cease his combative behavior. Only a minimum amount of force was used to bring Plaintiff into compliance.

Plaintiff was then given a cool water decontamination shower following the use of force. He received a post use of force medical examination, and was then placed into a clean, decontaminated cell. Plaintiff was monitored by Correctional Officer Petrossi for signs of respiratory distress, and none were noted.

### III.  DEFENDANTS' TRIAL EXHIBITS

    A. Florida Department of Corrections (FDC) Report of Force Used 17-14716.

    B. FDC Incident Report 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.

    C. FDC Incident Report 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 A.

    D. FDC Incident Report 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 B.

    E. FDC Incident Report 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 C.

    F. FDC MINS Incident Report, Incident No. 0000799945.

    G. FDC Emergency Rom Record for Felix Agosto; 8/17/2017.

    H. FDC Disciplinary Report Log #106-171507.

    I. FDC Disciplinary Report Log # 106-171468.

## IV. DEFENDANTS' TRIAL WITNESSES

    A. Gregory Nelson (Defendant); Address: c/o Joe Belitzky, Esq., Tallahassee, FL. Mr. Nelson will testify as to his interaction with Plaintiff on Aug. 17, 2017. He will testify that he only used the minimal amount of force necessary to counter Plaintiff's combative behavior.

    B. Jack Coppenger (Defendant); Address: c/o Joe Belitzky, Esq., Tallahassee, FL. Mr. Coppenger will also testify as to his interaction with Plaintiff on Aug. 17, 2017. He will testify that he only used the minimal amount of force necessary to counter Plaintiff's combative behavior.

5

      C. Kenneth Shaw (Witness); Address, Century Correctional Institution, 400 Tedder Road, Century, FL 32535. Mr. Shaw will testify as to what he observed in the subject 'use of force' incident, and that only the minimum amount of force necessary was used by the Defendants.

      D. Jonathan Petrossi (Witness); Address, Century Correctional Institution, (same as above). Mr. Petrossi will testify that he videotaped the post use of force incident involving Plaintiff on Aug. 17, 2017. Furthermore, he monitored Plaintiff post use of force for signs of respiratory distress, and observed none.

      E. A. Powell, SRN (Witness); Address, Century Correctional Institution (same as above). Mr. Powell will testify that he examined Plaintiff for any injuries after the use of force incident on Aug. 17, 2017.

      F. F. Witter, MD (Witness); Address, Century Correctional Institution (same as above). Dr. Witter will testify as to his review of Nurse Powell's entries in Plaintiff's medical records following the subject use of force .

      Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/Joe Belitzky
Joe Belitzky
Senior Assistant Attorney General
Florida Bar No.: 217301
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Joe.Belitzky@myfloridalegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed electronically through CM/ECF, and furnished by U. S. mail to Felix Agosto , North Broward Bureau, 1550 Blount Rd., Pompano Beach, FL  33069 on Jan. 8, 2021.

/s/ Joe Belitzky
**Joe Belitzky**