UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX AGOSTO,

    Plaintiff,

vs.

SGT. J. COPPENGER, et al.,

    Defendants.

Case No. 3:18cv1559-RV-EMT

NOTICE OF CONFLICT

NOTICE IS HEREBY GIVEN that counsel for Felix Agosto has a conflict with the current trial date of June 24, 2021, in this matter. Counsel for Mr. Agosto has a trial set for the two-week trial period beginning June 21, 2021, in Alexander v. United States and Paul Rolston, 4:19-cv-138-RH-MAF, before Hon. Robert Hinkle in the Northern District of Florida, Tallahassee Division.

Respectfully Submitted,  s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 3/30/2021, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook